# EXHIBIT 1

US00D906229S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D906,229 S**

Han     (45) **Date of Patent:**  ** Dec. 29, 2020

(54) **VEHICLE CUP HOLDER EXPANDER**

(71) Applicant: **SEVEN SPARTA CORP.**, Richardson, TX (US)

(72) Inventor: **Fei Han**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/741,388**

(22) Filed: **Jul. 13, 2020**

(51) **LOC (12) Cl.** .............................................. **12-16**

(52) **U.S. Cl.**
USPC ........................................................ **D12/419**

(58) **Field of Classification Search**
USPC ................................................. D12/419, 415
CPC ........... B60R 13/02; C03C 3/085; B60N 3/10;
B60N 2/46; B60Q 3/64; B60Q 3/225
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D448,001 S | * | 9/2001 | Pfeiffer ........................ | D12/419 |
| D460,635 S | * | 7/2002 | Lieberman ................... | D12/419 |
| D461,161 S | * | 8/2002 | Hoy ............................. | D12/419 |
| D472,871 S | * | 4/2003 | Ramos ......................... | D12/419 |
| D525,933 S | * | 8/2006 | Lee ............................. | D12/419 |
| D526,953 S | * | 8/2006 | Hall ............................ | D12/419 |
| D610,353 S | | 2/2010 | Cooney et al. | |
| D675,882 S | | 2/2013 | Crockett | |
| D724,004 S | * | 3/2015 | McFarlin .................... | D12/419 |
| D735,636 S | * | 8/2015 | Wragg ........................ | D12/419 |

| | | | | |
|---|---|---|---|---|
| D792,834 S | * | 7/2017 | Ito ................................ | D12/419 |
| D801,911 S | * | 11/2017 | Stroud ......................... | D12/419 |
| D809,998 S | | 2/2018 | Dabel et al. | |
| D848,932 S | * | 5/2019 | Henderson ................... | D12/419 |
| D878,279 S | | 3/2020 | MacNeil et al. | |
| D889,380 S | * | 7/2020 | Hansson ...................... | D12/415 |

* cited by examiner

*Primary Examiner* — Katrina A Betton

(74) *Attorney, Agent, or Firm* — KA Filing LLC; Cynthia W. Flanigan

(57) **CLAIM**

I claim the ornamental design for a vehicle cup holder expander, as shown and described.

**DESCRIPTION**

FIG. **1** is a Perspective view of a vehicle cup holder expander showing my new design;
FIG. **2** is a Front view thereof;
FIG. **3** is a Back view thereof;
FIG. **4** is a Left-side view thereof;
FIG. **5** is a Right-side view thereof;
FIG. **6** is a Top view thereof;
FIG. **7** is a Bottom view thereof; and,
FIG. **8** is Perspective view of a vehicle cup holder expander showing in open position.
The broken lines are for the purpose of illustrating portions of the article that form no part of the claim.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8