# EXHIBIT 2

7/14/25, 5:36 PM
Amazon.com: Swigzy [Patented & Upgraded] Car Cup Holder Expander - Adapter Holds: Hydro-Flask, Yeti, Nalgene, Owala, Large (32 40 …

Case 2:25-cv-01313    Document 1-2    Filed 07/14/25    Page 2 of 9

Deliver to Seattle 98101 | All | B0752DZ1SB | EN | Hello, sign in Account & Lists | Returns & Orders | 0

Automotive › Interior Accessories › Cup Holders



Click to see full view

6 VIDEOS
2+

# [Patented & Upgraded] Car Cup Holder Expander - Adapter Holds: Hydro-Flask, Yeti, Nalgene, Owala, Large (32 40 oz) Water Bottles - Adjustable Expandable Insert Extender – Universal

Brand: Swigzy

4.6 | 10,178 ratings

Amazon's Choice

**2K+ bought** in past month

$**26**⁹⁹

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: **Black**

 $26.99    $26.99



Size: **18-40oz (Standard Base)**

| Holds Yeti 14 & 46oz | 18-40oz (Long Base) | 18-40oz (Standard Base) |

| Holds Stanley 40oz |

| Color | Black |
|---|---|
| Material | Rubber, Polycarbonate |
| Brand | Swigzy |
| Product Dimensions | 4.4"L x 4.4"W x 6.25"H |
| Global Trade Identification Number | 00196852554218 |

## About this item

- Patented Car Cup Holder Expander: Available in a standard-length version and a long base version. Use the quick measurement guide in the product photos to determine which version will fit your car cup holders.
- Expanding Base: Adjusts from 2.6"-3.8" in diameter and allows the cup holder extender to fit most vehicles. It also works great for golf-carts, UTV, ATV, vans, boats, trucks, and RV.
- Proprietary Retaining Tabs: Easily insert and remove bottles from the cup holder adapter. Stress free use without worrying about the adapter pulling out of the car's cup holder. Holds drinks 2.8"-3.85" in diameter.
- Increased Functionality: Offsetting base adapts to most vehicle cup holder configurations. Prevents blocking the adjacent cup holder and allows two adapters to be used side by side.
- Built to Last: Premium materials mean quality you can feel and performance you can see. The cup holder enlarger is designed to handle even the most rugged driving conditions. We stand behind our product 100%.

› See more product details

## Additional Details

🏪 **Small Business**
This product is from a small business brand. Support small. **Learn more**

Report an issue with this product or seller

### Frequently bought together

 +  + 

Total price: $68.93

Add all 3 to Cart

These items are shipped from and sold by different sellers. Show details

| This item: Swigzy [Patented & Upgraded] Car Cup Holder Expander - Adapter Holds: Hydr… $26⁹⁹ | Washing Machine Cleaner Descaler 24 Pack - Deep Cleaning Tablets For HE Front Loader &… $19⁹⁵ ($0.83/count) | Houseify READY BUTTER 3-in-1 Butter Knife - Stainless Steel Serrated Knife With Holes in… $21⁹⁹ |

**4 stars and above** _Sponsored_ ⓘ

---

### Prime sidebar

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**26**⁹⁹

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**

**FREE delivery** **Saturday, July 19** on orders shipped by Amazon over $35

Or **Prime members** get FREE Same-Day delivery **Today 7 AM - 11 AM**. Order within **2 hrs 23 mins**. Join Prime

Deliver to Seattle 98101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from  Amazon
Sold by      QualityInnovations
Payment      Secure transaction

☐ Add a gift receipt for easy returns

Add to List




[Upgraded] Integral Ultimate Car Cup Holder Expander - Adjustable Base - Organizer ...
3,531
$24.99
Save 10% with coupon


DYLEN Car Cup Holder Expander, Cup Holder Extender Adapter for Car with Expandable ...
467
-5% $9.49
List Price: $9.99


Car Cup Holder Expander, Cup Holder Expander for Car with Stretchable Rubber...
545
-35% $12.99
List: $19.99


DYLEN Car Cup Holder Expander, 2 in 1 Cup Holder Adapter Extender for Car with Expa...
276
-5% $18.99
List Price: $19.99


2Pack Automatic Cup Holder Expander, Car Cup Holder Expander for Large Water Bottle...
171
-29% $28.49
List Price: $39.99


Upgraded Car Cup Holder Expander Adapter with Offset Adjustable Base,...
7,109
$24.99

JOYTUTUS Large Stable Cup Holder Expander for YETI, Hydro Flask, Hold 18-40 oz Bott...
6,634
-20% $11.99
List Price: $14.99

## Based on your recent shopping trends

[Upgraded] Integral Ultimate Car Cup Holder Expander - Adjustable Base - Organizer & Expander for Vehicles -...
3,531
$24.99
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon

Car Cup Holder Expander, Cup Holder Expander for Car with Stretchable Rubber Base, Large Cup Holder Adapter...
545
$12.99
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon

Car Cup Holder Expander, Cup Holder Extender Adapter with Expandable Arm and Adjustable Bas...
1,361
37% off  Limited time deal
$15.11
List: $23.99
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon

GORILLA GRIP Patent Pending Car Cup Holder Expander, Keeps Large Drink Cups Secure, Expands Fits Yeti,...
955
$14.99
Get it as soon as **Sunday, Jul 20**
FREE Shipping on orders over $35 shipped by Amazon

Automatic Car Cup Holder Expander, Large Water Bottles Holder for Yeti, Hydro Flask,...
738
35% off  Limited time deal
$15.35
List: $23.49
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon

Amazon Basics Car Cup Holder Expander with Adjustable Base, Fits Large Bottles 3.4 to 3.8 in Diameter, Securely Hol...
3,472
$11.99
Get it as soon as **Wednesday, Jul 23**

## From the brand

- We invented the expanding base cup holder adapter. No others match the quality and performance of a Swigzy.
- Compare our adapter in person with to any other and we're confident you'll be happy with your decision to purchase the original.
- Patented: US 11772539
- Thank you for supporting an American Small Business!

## Product Description

Case 2:25-cv-01313    Document 1-2    Filed 07/14/25    Page 4 of 9

Deliver to Seattle 98101 | All | EN | Hello, sign in Account & Lists | Returns & Orders | 0



## The Swigzy Cup Holder Adapter Lineup

| | Standard Length (Black) Add to Cart | Long Base Version Add to Cart | Standard Length (Gray) Add to Cart | Fits Yeti 14/46oz Rambler Add to Cart | Fits Stanely Add to Cart |
|---|---|---|---|---|---|
| **Customer Reviews** | 10,178 | 10,178 | 10,178 | 10,178 | |
| **Price** | $26⁹⁹ | $29⁹⁹ | $26⁹⁹ | $26⁹⁹ | $26⁹⁹ |
| **Long Base for Deep Cup Holders** | ✗ | ✔ | ✗ | ✗ | ✗ |
| **Holds 18-40oz. Bottles** | ✔ | ✔ | ✔ | ✗ | ✗ |
| **Holds Yeti 14/46oz Rambler** | ✗ | ✗ | ✗ | ✔ | ✗ |
| **Holds 40oz Stanley Tumbler** | ✗ | ✗ | ✗ | ✗ | ✔ |
| **Offsetting Base** | ✔ | ✔ | ✔ | ✔ | ✔ |

Q  What makes the Swigzy cup holder expander special?

Q  What are the benefits of offsetting the base of the car cup holder?

Q  Will it work with my car?

Q  Which length car cup holder adapter should I use?

Q  What size bottles will fit in the adapter?

## Product information

### Technical Details

| Color | Black |
|---|---|
| Material | Rubber, Polycarbonate |

### Additional Information

| ASIN | B0752DZ1SB |
|---|---|

Case 2:25-cv-01313     Document 1-2     Filed 07/14/25     Page 5 of 9

| | |
|---|---|
| Global Trade Identification Number | 00196852554218 |
| Manufacturer | Swigzy |
| UPC | 196852554218 |
| Model | Cup Holder Expander (Black) |
| Item Weight | 9.5 ounces |
| Country of Origin | China |
| Item model number | 13 |
| Is Discontinued By Manufacturer | No |
| Exterior | Smooth |
| Manufacturer Part Number | CH-1 |
| Special Features | Adjustable Size Base, Off-Setting Base |
| Best Sellers Rank | #1,160 in Automotive (See Top 100 in Automotive)<br>#14 in Automotive Cup Holders |
| Date First Available | August 22, 2017 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

### What's in the box

- Cup Holder Expander

## Compare with similar items

   

| | This Item | Recommendations | | |
|---|---|---|---|---|
| | Swigzy [Patented & Upgraded] Car Cup Holder Expander - Adapter Holds: Hydro-Flask, Yeti, Nalgene, Owala, Large (32 40…<br>Add to cart | GORILLA GRIP Patent Pending Car Cup Holder Expander, Keeps Large Drink Cups Secure, Expands Fits Yeti, HydroFlask,…<br>Add to cart | Amazon Basics Car Cup Holder Expander with Adjustable Base, Fits Large Bottles 3.4 to 3.8 in Diameter, Securely Holds Yeti,…<br>Add to cart | Automatic Car Cup Holder Expander, Large Water Bottles Holder for Yeti, Hydro Flask, Nalgene, Stanley, Owala 24/32/45/50 oz…<br>Add to cart |
| Price | $26⁹⁹ | -29% $14⁹⁹ List: $20.99 | $11⁹⁹ | -35% $15³⁵ List: $23.49 |
| Delivery | Get it as soon as **Saturday, Jul 19** | Get it as soon as **Sunday, Jul 20** | Get it as soon as **Wednesday, Jul 23** | Get it as soon as **Saturday, Jul 19** |
| Customer Ratings | 4.6    10,178 | 4.2    955 | 4.1    3,472 | 4.2    738 |
| Sold By | QualityInnovations | GORILLA COMMERCE | Amazon.com | Zeyitian |
| Material | Polycarbonate, Rubber | ABS Plastic, EVA Foam, Silicone | Acrylonitrile Butadiene Styrene | durable composite plastics |
| Size | 18-40oz (Standard Base) | 1 Pack | 3.4 to 3.8 in | 1PACK |

## Products related to this item *Sponsored*

      

| EcoNour Car Cup Holder Expander | Fits 32/40 oz Hydro Flasks, Yeti, Nalgene & Large…<br>1,245<br>$15⁹⁹ | GORILLA GRIP Patent Pending Car Cup Holder Expander, Keeps Large Drink Cups Secure,…<br>955<br>-29% $14⁹⁹ List: $20.99 | Upgraded Car Cup Holder Expander Adapter with Offset Adjustable Base,…<br>7,109<br>$24⁹⁹ | DYLEN Car Cup Holder Expander, Cup Holder Extender Adapter for Car with Expandable …<br>961<br>Amazon's Choice<br>$9⁹⁹ | Car Cup Holder Expander, Cup Holder Expander for Car with Stretchable Rubber…<br>545<br>-35% $12⁹⁹ List: $19.99 | DYLEN Car Cup Holder Expander, Cup Holder Extender Adapter for Car with Expandable …<br>467<br>-5% $9⁴⁹ List Price: $9.99 | [Upgraded] Integral Ultimate Car Cup Holder Expander - Adjustable Base - Organizer …<br>3,531<br>$24⁹⁹<br>Save 10% with coupon |

## Videos

Deliver to Seattle 98101    All    EN    Hello, sign in Account & Lists    Returns & Orders    0



1:46 Watch This Before Buying a Swigzy Car Cup Holder
Scott

2:25 Swigzy large cup holder adapter
Shana J Ray's Faves

1:21 Solution to Oversized Tumblers Not Fitting in Cup Holders!
Dana Vento

2:00 Swigzy Cup Holder Adapter Instructions
QualityInnovations

Upload your video

### Similar brands on Amazon
Sponsored

APPS2Car Universal Car Cup Phone Holder | Quick Extension Long Arm | …
4.5    13,971
41% off    **Limited time deal**
$19.96  List: $33.99

Car Cup Holder Expander, Cup Holder Extender Adapter with Expandable Ar…
4.4    1,361
37% off    **Limited time deal**
$15.11  List: $23.99

andobil Upgraded, Solidest 15in Cup Phone Holder for Car, Stable & …
4.5    4,111
$35.99  List Price: $44.99

## Customer reviews

4.6 out of 5
10,178 global ratings

5 star    79%
4 star    12%
3 star    5%
2 star    2%
1 star    2%

How customer reviews and ratings work

### Review this product
Share your thoughts with other customers

Write a customer review

### Customers say

Customers find the cup holder adapter works well and appreciate its ability to adjust for different sizes, including 40 oz Hydroflask bottles. Moreover, the product is well-built, easy to install with just a few twists, and customers like its design, with one noting it looks almost part of the car. Additionally, the holder stays securely in place and customers consider it worth the money. However, opinions on value for money are mixed, with some saying it's well worth it while others find it pricey.

ai, Generated from the text of customer reviews

**Select to learn more**

✓ Fit | ✓ Works well | ✓ Sturdiness | ✓ Build quality | ✓ Ease of installation | ✓ Cup holder
✓ Design

### Reviews with images
See all photos ›

    

### Top reviews from the United States

Geo
**Works great for older car models with smaller cup holders**
Reviewed in the United States on December 30, 2024
Color: Black    Size: 18-40oz (Standard Base)    **Verified Purchase**

Works great with the Lexus LS 400.

The Swigzy Car Cup Holder Expander is a lifesaver for those of us who love our larger water bottles and travel mugs! Here's a breakdown:

Pros:

Fits Most Vehicles: Designed to fit a wide range of car cup holders.
Adjustable: Expands to accommodate various bottle sizes, from standard to wide-mouth.
Secure Grip: Keeps your drinks stable, even during bumpy rides.
High-Quality Materials: Durable and built to last.
Easy to Use: Simple to install and adjust.
Cons:

⌄ Read more

5 people found this helpful

Helpful    Report

Jeff Kane
**The Swigzy Car Cup Holder Expander Adapter stands out**

7/14/25, 5:36 PM  Amazon.com: Swigzy Hot Label & Upgraded Cup Holder Expander Adapter Holds: Hydro Flask, Yeti, Nalgene, Owala, Large (32 40 ...

Case 2:25-cv-01313    Document 1-2    Filed 07/14/25    Page 7 of 9



Deliver to Seattle 98101 | All ▾ | EN | Hello, sign in Account & Lists | Returns & Orders | 0

adjustable base and secure grip make it a reliable choice for drivers who frequently use large water bottles or travel mugs. While it may be priced higher than some alternatives, its build quality and user-friendly features justify the investment for many.

Helpful    Report

ge

**Good Product**

Reviewed in the United States on November 3, 2022

Color: Black    Size: 18-40oz (Standard Base)    Verified Purchase

Went through about a dozen different design oversized cup holder adapters for my SUV and pickup in the last two years and all had problems ranging from just plain cheap/flimsy materials to unstable to not fitting as described. Bought two of these Swigzys on a hunch after looking carefully at the photos and description.
They work great.
Easy install, and easy removal. Your 9 year old could do it. They can even be positioned offset, with a simple screw change, from center if your vehicle requires that to clear a console shifter or an adjacent cup holder. The rubber tabs inside the cup holder section are WAY better than the many competitors as they do not pull out and they leave no gaps in coverage. AND you do NOT have to remove any of them to fit various cups and bottles like you do with many others. Everything I've put in them from 20 oz bare Diet Coke bottles to the larger Yetis to a big coffee mug with handle fit in and out easily and was retained well with no loosening or vibration. They're even useable with the smaller 16oz Coke bottles and 12 oz cans with only minimal movement thanks to the rubber tabs design. Put a koozie on either of those and get

⌄ Read more

19 people found this helpful

Helpful    Report

K Lytle

**Doesn't Fit All Vehicles (they are quite large)**

Reviewed in the United States on April 5, 2025

Color: Black    Size: 18-40oz (Long Base)    Verified Purchase

I purchased two of these cup holders because I read a review that said they would fit the cup holders in a Rav4. I drive a 1999 Rav4 Liberty and these absolutely positively DO NOT fit in my Rav4. I returned both cup holders without incident. Having said that the cup holders are quite large and seem very sturdy and stable and I think they would work well in a larger vehicle where the cup holders are not placed in front of the gear shift and against the dash.

3 people found this helpful

Helpful    Report



Tim T

**This one actually works!!!**

Reviewed in the United States on July 7, 2025

Color: Black    Size: 18-40oz (Long Base)    Verified Purchase

Third cup holder I tried to hold an Owala 32oz tumbler. Both previous products were flimsy and wobbled in the cup holder.

This one fits tight in the cup holder, holds the Owala, and will even hold my 42 ounce Stanley easily.

It is well made and they paid attention to details. Rubber all around anything that touches the tumbler, even a rubber coaster at the bottom of the cup holder. An offset feature that insured easy access to the other cup holder.

Very happy with this product!

One person found this helpful

Helpful    Report

Chrissy

**Works Great!**

Reviewed in the United States on April 30, 2025

Color: Black    Size: 18-40oz (Standard Base)    Verified Purchase

I love this! I love that you can adjust it to your cup holder size. It's very stable. My cup has not fallen out of it. And it can hold a cup of any size, so that's a plus!

One person found this helpful

Helpful    Report

T. P Roberts

**cannot recommend it enough. Perfect. Ordered a second one instantly.**

Reviewed in the United States on May 5, 2025

Color: Black    Size: 18-40oz (Standard Base)    Verified Purchase

I did a LOT of comparison shopping. This is the one. I bought the first, and ordered another one like two days later. I like that the logo isn't excessive. It's matte black and doesn't look cheap. It really WAS easy to install. Like 10 seconds. Even if you're not mechanical, it's foolproof. It doesn't budge. The option of offset (just an inch or so off of center) helps fit multiples if they are side by side. (I have a 2018 Honda CRV). Fits 40 oz. Hydroflask.

Helpful    Report



ProlificShopper

**Works like a charm**

Reviewed in the United States on June 4, 2025

Color: Black    Size: 18-40oz (Standard Base)    Verified Purchase

See more reviews ›

**Top reviews from other countries**

Translate all reviews to English

 Charlotte C

**Simple but clever design - Ideal for extra large flasks**
Reviewed in the United Kingdom on April 13, 2023
Color: Gray    Size: 18-40oz (Standard Base)    Verified Purchase

I was a bit put off by the price but a lot of cheaper options don't hold containers reliably. This is so easy to adjust to fit your cup holder and holds mugs with handles and my Jack Wolfskin large 2 cup flask without any wobbles.

Report

 Alan Bransdon

**Performs as described**
Reviewed in Australia on February 14, 2025
Color: Gray    Size: 18-40oz (Standard Base)    Verified Purchase

Very sturdy and holds my drink bottle securely.

Report

 Graham Clark

**Good quality. Holds my Kleen Kanteen bottle nicely.**
Reviewed in Canada on December 14, 2022
Color: Black    Size: 18-40oz (Standard Base)    Verified Purchase

Fits well in the front cupholders on my '22 Kia Soul. Good quality as it holds my metal Kleen Kanteen quart size bottle securely, even if the bottle is hit with an accidental elbow.

Report

 Tammy

**Great cup holder for my Yeti collection**
Reviewed in Canada on December 28, 2022
Color: Black    Size: 18-40oz (Long Base)    Verified Purchase

The long base version fits the recessed 2019+ Rav4 cupholder well. I like the adjustability of the product which ensures keeping the holder in place when driving. Fits most of my Yetis (see photo). The 14oz rambler mug unfortunately didn't make the cut. A bit on the pricey side but worth it due to the limitations the Rav4 cupholders has for beverage container fitment.



Report

 خالد

**كبير جدا**
Reviewed in the United Arab Emirates on December 30, 2022
Color: Black    Size: 18-40oz (Standard Base)    Verified Purchase

لا يصلح للمواتر الصالون

Report

Translate review to English

See more reviews ›

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Manage Your Content and Devices |
| Amazon Devices | | Gift Cards | |
| Amazon Science | Advertise Your Products | Amazon Currency Converter | Recalls and Product Safety Alerts |

Case 2:25-cv-01313   Document 1-2   Filed 07/14/25   Page 9 of 9

7/14/25, 5:36 PM                                          Amazon.com: Swigzy Featured & Upgraded, Cup Holder Expander Adapter Holds: Hydro Flask, Yeti, Nalgene, Owala, Large (32 40 …

› See More Ways to Make Money

English    United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates