# EXHIBIT 3

7/14/25, 5:35 PM Amazon.com: Integral Hydro Expander - Car Cup Holder Expander Organizer with Adjustable Base - Rubber Tabs Hold Most 32 - 40 oz Bot...

Case 2:25-cv-01313 Document 1-3 Filed 07/14/25 Page 2 of 16

Deliver to
Seattle 98101

All ▾ | B07R7MDQL9

EN ▾ | Hello, sign in
Account & Lists ▾ | Returns
& Orders | 0

All | Amazon Haul | Medical Care ▾ | Saks | Best Sellers | Amazon Basics | New Releases | Registry | Groceries ▾ | Today's Deals | Gift Cards ▾ | Smart Home | Prime ▾ | Customer Service

Automotive | Amazon Autos | Your Garage | Deals & Rebates | Best Sellers | Parts ▾ | Accessories ▾ | Tools & Equipment ▾ | Car Care ▾ | Motorcycle & Powersports ▾ | Truck ▾ | RV ▾ | Tires & Wheels ▾

Automotive › Interior Accessories › Cup Holders



8 VIDEOS

Click to see full view

# Integral Hydro Expander - Car Cup Holder Expander Organizer with Adjustable Base - Rubber Tabs Hold Most 32 - 40 oz Bottles and Large Cups

Visit the Integral Store

4.4 | 2,891 ratings

**800+ bought** in past month

## $21⁹⁹

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**

Coupon: ☐ | Apply 10% coupon | Shop items › | Terms

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: **Black**

| | |
|---|---|
| **Color** | Black |
| **Material** | Rubber |
| **Brand** | Integral |
| **Product Dimensions** | 4.5"L x 4.5"W x 6.5"H |
| **Global Trade Identification Number** | 00860001071214 |

## About this item

- CUP HOLDER EXPANDER FOR OVERSIZE BOTTLES/MUGS: The 4, rubber tabs keep most oversize (3.4"-3.8") bottles or mugs securely in place. Perfect for certain versions of Hydro Flask, YETI, RTIC, Nalgene, CamelBak, Klean Kanteen and more (does not fit 14oz or 4==6oz YETI Ramblers). Please compare bottle dimensions to provided product dimens==ions before purchasing.
- 3-RING EXPANDABLE BASE: Adjustable base has an expandable diameter from 2.5"-3.75". This allows the adapter to stay firmly in place, regardless of how rough the terrain gets. Please compare your vehicle cup holder to this product before purchasing. This model works best in cylindrical cup holders. It does not work well in most square cup holders or cup holders that are recessed into the console.
- SLOT FOR COFFEE MUGS: The 1 inch slot is integrated into the design so coffee mugs will fit with ease. This is perfect for the popular YETI 24oz Rambler (14oz Rambler does NOT fit). Please compare dimensions of desired coffee mug to the product dimensions before purchasing.
- EASY INSTALLATION: Just hold the base and twist the top, the base will then retract or expand. Comes with instruction card.
- UNIVERSAL: Fits in almost anything with a cup holder; such as vehicles, boats, RV's, UTV's, etc. However, some cup holder designs will not work. PLEASE REVIEW THE PICTURED DIMENSIONS TO ENSURE A PROPER FITMENT BEFORE PURCHASING.

› See more product details

## Additional Details

🏬 **Small Business**
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

---

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

---

$21⁹⁹

Get **Fast, Free Shipping** with **Amazon Prime**
**FREE Returns**

**FREE delivery Saturday, July 19** on orders shipped by Amazon over $35. Order within **21 hrs 26 mins**

📍 Deliver to Seattle 98101

## In Stock

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from | Amazon
Sold by | Integral Travel
Packaging | Ships in product packaging
Payment | Secure transaction

☐ Add a gift receipt for easy returns

**Add to List**

---

## Frequently bought together

 +  + 

Total price: $79.97

**Add all 3 to Cart**

These items are shipped from and sold by different sellers. Show details

**This item:** Integral Hydro Expander - Car Cup Holder Expander Organizer with...
$21⁹⁹

UGREEN Phone Holder for Tesla Model 3 Y Magsafe Car Mount Magnetic Phone Holder Strong...
$24⁹⁹

Wigoo Tesla New Model Y Juniper & Model 3 Highland Screen Protector Matte [No Glare &...
$32⁹⁹ ($16.50/count)

---

## Based on your recent shopping trends

Page 1 of 6

7/14/25, 5:35 PM
Amazon.com: Integral Hydro Expander Our Cup Holder Expander Organizer with Adjustable Base, Rubber Tabs, Hold Most 32 - 40 oz Bot…

Case 2:25-cv-01313   Document 1-3   Filed 07/14/25   Page 3 of 16











[Upgraded] Integral Ultimate Car Cup Holder Expander - Adjustable Base - Organizer & Expander for Vehicles -…
3,531

$24.99

Get it as soon as **Saturday, Jul 19**

FREE Shipping on orders over $35 shipped by Amazon

Car Cup Holder Expander, Cup Holder Expander for Car with Stretchable Rubber Base, Large Cup Holder Adapter…
545

$12.99

Get it as soon as **Saturday, Jul 19**

FREE Shipping on orders over $35 shipped by Amazon

Car Cup Holder Expander, Cup Holder Extender Adapter with Expandable Arm and Adjustable Bas…
1,361

37% off   **Limited time deal**

$15.11
List: $23.99

Get it as soon as **Saturday, Jul 19**

FREE Shipping on orders over $35 shipped by Amazon

GORILLA GRIP Patent Pending Car Cup Holder Expander, Keeps Large Drink Cups Secure, Expands Fits Yeti,…
955

$14.99

Get it as soon as **Sunday, Jul 20**

FREE Shipping on orders over $35 shipped by Amazon

Automatic Car Cup Holder Expander, Large Water Bottles Holder for Yeti, Hydro Flask,…
738

35% off   **Limited time deal**

$15.35
List: $23.49

Get it as soon as **Saturday, Jul 19**

FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed this item also viewed
Page 1 of 7











[Upgraded] Integral Ultimate Car Cup Holder Expander - Adjustable Base - Organizer & Expander for Vehicles -…
3,531

$24.99

Get it as soon as **Saturday, Jul 19**

FREE Shipping on orders over $35 shipped by Amazon

Amazon Basics Car Cup Holder Expander with Adjustable Base, Fits Large Bottles 3.4 to 3.8 in Diameter, Securely Hol…
3,472

$11.99

Get it as soon as **Wednesday, Jul 23**

Car Cup Holder Expander, Cup Holder Extender Adapter with Expandable Arm and Adjustable Bas…
1,361

37% off   **Limited time deal**

$15.11
List: $23.99

Get it as soon as **Saturday, Jul 19**

FREE Shipping on orders over $35 shipped by Amazon

TYKOR Car Cup Holder Expander, Cup Holder Extender Adapter for Car with Adjustable Base, Fits YETI 24/36/46oz,…
591

$12.99

Get it as soon as **Saturday, Jul 19**

FREE Shipping on orders over $35 shipped by Amazon

Swigzy [Patented & Upgraded] Car Cup Holder Expander - Adapter Holds: Hydro-…
10,178

Amazon's Choice

$26.99

Get it as soon as **Saturday, Jul 19**

FREE Shipping on orders over $35 shipped by Amazon

## From the brand



**Vehicle Accessories**
An Organized Car is a Stress-Free Ride

**Cup Holder Expanders**
Visit the Store

**Trays and Organization**
Visit the Store

## Product Description

7/14/25, 5:35 PM
Amazon.com: Integral Hydro Expander Cup - Cup Holder Expander Organizer with Adjustable Base, Rubber Tabs, Hold Most 32 - 40 oz Bot…

Case 2:25-cv-01313    Document 1-3    Filed 07/14/25    Page 4 of 16



## PHONE MOUNT VERSIONS AVAILABLE!










## HYDRO EXPANDER

4.5" Outside Diameter
**Fits 3.4 - 3.8" Bottles Or Cups**





*Expands to 3.75"*



## EXPANDABLE BASE
Fits Most Vehicle
**Cup Holders**










**Customer Focused**

Our amazing customers mean the world to us! As we continue to grow, our promise is to be empathetic to your needs and desires.

**Innovative**

Our goal is not to follow common automotive industry trends. We solve problems in new and improved ways. As technology improves, so do our products.

**Quality**

We promise to provide you with only quality products that you can be proud to own. It is our mission to live up to this promise.

**The Best in Travel Accessories**

Owned and operated by an engineer who is passionate about developing products that make travel easier for the whole family.

# Integral's Best Sellers

7/14/25, 5:35 PM          Amazon.com: Integral Hydro Expander - Car Cup Holder Expander Organizer with Adjustable Base, Rubber Tabs Hold Most 32 - 40 oz Bot…

Case 2:25-cv-01313    Document 1-3    Filed 07/14/25    Page 6 of 16



## Product information

### Technical Details

| | |
|---|---|
| Color | Black |
| Material | Rubber |
| Brand | Integral |
| Product Dimensions | 4.5"L x 4.5"W x 6.5"H |
| Global Trade Identification Number | 00860001071214 |
| Manufacturer | Natek Technology |
| Model | FA-YS6R-YQXC_V2 |
| Item Weight | 9.5 ounces |
| Item model number | CA-1234 |
| Manufacturer Part Number | CA-1234 |

### Additional Information

| | |
|---|---|
| ASIN | B07R7MDQL9 |
| Customer Reviews | 4.4     2,891 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #3,395 in Automotive (See Top 100 in Automotive)<br>#31 in Automotive Cup Holders |
| Date First Available | April 28, 2019 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## What's in the box

- Comes with housing

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| | Integral Hydro Expander - Car Cup Holder Expander Organizer with Adjustable Base - Rubber Tabs Hold Most 32 - 40 oz Bottles…<br>Add to cart | Amazon Basics Car Cup Holder Expander with Adjustable Base, Fits Large Bottles 3.4 to 3.8 in Diameter, Securely Holds Yeti,…<br>Add to cart | Car Cup Holder Expander, Cup Holder Extender Adapter with Expandable Arm and Adjustable Base, Compatible with Ye…<br>Add to cart | Integral Expandable Mug Holder - YETI 14oz Rambler Cup Holder - Car Cup Holder Expander With Adjustable Base - Rubber…<br>Add to cart |
| Price | $21⁹⁹ | $11⁹⁹ | −37% $15¹¹<br>List: $23.99 | $19⁹⁹ |
| Delivery | Get it as soon as **Saturday, Jul 19** | Get it as soon as **Wednesday, Jul 23** | Get it as soon as **Saturday, Jul 19** | Get it as soon as **Saturday, Jul 19** |
| Customer Ratings | 4.4   2,891 | 4.1   3,472 | 4.4   1,361 | 4.5   1,436 |
| Sold By | Integral Travel | Amazon.com | Zeyitian | Integral Travel |
| Material | Rubber | Acrylonitrile Butadiene Styrene | Plastic | Rubber |
| Size | — | 3.4 to 3.8 in | cup01 | — |

## Videos

### Videos for this product



0:42

**Instructions with various applications**
Integral Travel



0:13

**Customer Review: Bad adhesive**
Fabrice



0:18

**Customer Review: Works great**
StnKold



1:26

**Quick DEMO and HONEST Review Integral Cup Holder Expander**
The Losey Family

Upload your video

## Similar brands on Amazon

Sponsored

APPS2Car Universal Car Cup Phone Holder | Quick Extension Long Arm |...
4.5          13,971
**41% off**  **Limited time deal**
$19.96  List: $33.99

Car Cup Holder Expander, Cup Holder Extender Adapter with Expandable Ar...
4.4          1,361
**37% off**  **Limited time deal**
$15.11  List: $23.99

andobil Upgraded, Solidest 15in Cup Phone Holder for Car, Stable &...
4.5          4,111
$35.99  List Price: $44.99

## Customer reviews

### 4.4 out of 5

2,891 global ratings

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 16% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 5% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the cup holder expander fits perfectly in various vehicles, including the 2015 Silverado and Kia Sportage consoles, and is easy to install with no assembly required. The product is well-made, sturdy, and easily adjustable, with one customer noting it's solid as expensive versions. While some customers praise its design, others find it not the greatest quality item. The stability receives mixed feedback, with some customers reporting it stays firmly in place while driving while others mention it sometimes slips out.

ai, Generated from the text of customer reviews

**Select to learn more**

✓ Fit | ✓ Functionality | ✓ Build quality | ✓ Ease of installation | ✓ Cup holder
✓ Adjustment ability | Cup holder stability | Design

### Reviews with images

See all photos ›

    

## Top reviews from the United States

**kirk sullenberger**

**"Fiat-Friendly? Nope. Tucson-Approved**
Reviewed in the United States on June 4, 2025
Color: Black    Verified Purchase

Didn't fit in my car, but looks great in my wife's car. I love this and it is very sturdy and fits very securely. Look great too!

One person found this helpful

Helpful    Report

**Tim C.**

**Perfect!**
Reviewed in the United States on July 5, 2025
Color: Black    Verified Purchase

Perfect for my oversized cup!

Helpful    Report

**Katharine**

**Fantastic fit for Hydroflask, no rolling while driving, almost fits truck cup holder**
Reviewed in the United States on January 27, 2024
Color: Black    Verified Purchase

7/14/25, 5:35 PM
Amazon.com: Integral Hydro Expander - Our Cup Holder Expander Organizer with Adjustable Base, Center Mold Most 32 - 40 oz Bot…

Case 2:25-cv-01313    Document 1-3    Filed 07/14/25    Page 8 of 16

Great cup holder! Fits my Hydroflask perfectly. I am so glad I bought this product verses a slightly cheaper option I was looking at. The other option did not have the rubber lining that this one offers to ensure a tight fit so that the bottle doesn't roll around while you drive. My only complaint is that the bottom on the holder does not quite fit my truck's built-in cup holder. If the insert piece was a bit longer, then it would reach the bottom and fit more securely. At the moment, the product is gripping onto the side of the built-in holder. I think it will be secure enough not to fall out. I use my truck as an emergency response vehicle, so I need something that stays extra secure. So far so good. I may just have to get another one for my Subaru.

Helpful        Report

Jane H.

**Sturdy, well made, attractive**
Reviewed in the United States on April 2, 2025
Color: Black        Verified Purchase

I bought several of these for myself and gifts. These are well made and twist to adjust for the size of your travel mug or cup etc. They are very sturdy and I am very pleased with them. It's not to pricey. You can buy cheaper ones but you get what you pay for and these are not flimsy they are made with quality materials.

Helpful        Report

Chris

**Perfect fit**
Reviewed in the United States on July 10, 2025
Color: Black        Verified Purchase

Fit perfectly in the my truck (Hyundai Tucson) and my 40oz hydro flask

Helpful        Report

C. Turner

**Helpful, but not that great.....**
Reviewed in the United States on November 13, 2024
Color: Black        Verified Purchase

I have a Toyota Land Cruiser which in itself is a nightmare because the cupholders are so awful and poorly engineered so it may not be totally this device's fault. A full 32oz water bottle will tip over and pull holder out and it goes flying, so FYI. As hard as I crank to expand the legs, it will eventually come loose and pop out. Again, its not getting great leverage on the trashy Toyota cup holder in the first place. It sounds like for a deeper more solid cup holder this may be the answer. For a shallow cup holder (or Toyota), I would look at other reviews for a better option.

2 people found this helpful

Helpful        Report

MusicVideoMaker

**Very BIG**
Reviewed in the United States on June 8, 2025
Color: Black        Verified Purchase

Works well

Helpful        Report

SBW

**Sturdy, as advertised!**
Reviewed in the United States on March 22, 2025
Color: Black        Verified Purchase

This works perfectly, stays snug when pulling your oversized drink cup out, now I need to buy another one for our other car!

Helpful        Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

AK

**Works well**
Reviewed in Canada on July 22, 2021
Color: Black        Verified Purchase

Lifts level of cup to better level for easy access in Center console. Holds large beverage cups.

Report

IlianaJR

**Cumple con su función**
Reviewed in Mexico on April 18, 2023
Color: Black        Verified Purchase

Cumple con su cometido, se ve resistente y se adapta al tamaño del porta vaso

7/14/25, 5:35 PM    Amazon.com: Integral Hydro Expander Our Cup Holder Expander Organizer with Adjustable Base, Rubber Grabs, Gold Most 32 - 40 oz Bot…

Case 2:25-cv-01313    Document 1-3    Filed 07/14/25    Page 9 of 16



Report

Translate review to English

**William**

**Worth the price**
Reviewed in Australia on October 18, 2021
Color: Black    **Verified Purchase**

I was sceptical about this but needed a solution for my Isuzu Ute which has small cup holders. I was unable to store anything wider than a take away coffee in the standard cup holders. This extender fits very securely with the adjustable base and non slip surface on the bottom. Now I'm able to fit any size water bottle or even a flask in the holder. It also does a great job of keeping the bottle steady and upright without moving even in my Ute which isn't the smoothest of rides. Great purchase

Report

**Spencer**

**Great features**
Reviewed in Canada on October 30, 2021
Color: Black    **Verified Purchase**

A lot of great features. Way better than I imagined

Report

**Emma h**

**Fantastic**
Reviewed in Australia on February 26, 2023
Color: Black    **Verified Purchase**

Works really well, happy with it

Report

**See more reviews ›**

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Case 2:25-cv-01313    Document 1-3    Filed 07/14/25    Page 10 of 16

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

Amazon.com: Customer reviews: Integral Hydro Expander - Car Cup ... Base - Rubber Tabs Hold Most 32 - 40 oz Bottles and Large Cups          2025/7/14, 17:17

Deliver to
**Seattle 98101**

All ▾   Search Amazon

EN ▾

Hello, HONGCHANG
**Account & Lists** ▾

Returns
& Orders

**1**
Cart ‹

All   **Rufus**   **Join Prime**   Amazon Haul   Same-Day Delivery   Medical Care ▾   Saks   Amazon Basics   Customer Service

Integral Hydro Expander - Car Cup Holder Expander Organizer with... › Customer reviews

# Customer reviews

## 4.4 out of 5

2,891 global ratings

| | | |
|---|---|---|
| 5 star | �In | 68% |
| 4 star | ▰ | 16% |
| 3 star | ▰ | 8% |
| 2 star | ▰ | 3% |
| 1 star | ▰ | 5% |

How customer reviews and ratings work

## Integral Hydro Expander - Car Cup Holder Expander Organizer with Adjustable Base - Rubber Tabs Hold Most 32 - 40 oz Bottles and Large Cups

by Integral

black   Change

Write a review

See All Buying Options

Search customer reviews          Search

Need customer service?

**SORT BY**

Top reviews

**FILTER BY**

All reviewers   All stars   All variants

Image and video reviews only

**FILTERED BY**

**Image and video** Clear filter

54 matching customer reviews

---

## From the United States

 A. Johnston

**It works, but I think it's a bit too obnoxious looking**

Reviewed in the United States on October 22, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

My teenagers have a ton of wide-mouth water bottles, so we need an adapter in each car now. I thought this style (with the full cup base) might be nice but when I compare it to the other kind we have (with 3-fins) it gives me the appearance of being too obnoxious and big. I have a photo of this item (on the left) and the other kind we have with 3-fins (on the right). While they both hold the same size water bottle and are pretty similar, this product just looks strange to me and so I prefer the 3-fin style. Both do the job and hold the water bottle so they don't roll all over.



Helpful      Report

 407 Reviewer

**It holds the cup**

Reviewed in the United States on October 17, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

So my wife and I both love taking our double insulated vacuum sealed cups with us but always struggle where to put them when driving since they don't fit in standard car cup holders. This product is the answer. It sits in the cup holder, you turn part it so that it becomes snug in the cars cup holder and you are good to go. Now keep in mind your cup won't be going down in the cars cup holder, so this does make it sit up a little high. So if you drive a manual car this might be something to think about. She has a Rogue Sport 2022 and this is a 32 oz cup. Happy with the product and a
I guess I will be ordering myself one now.

Amazon.com: Customer reviews: Integral Hydro Expander - Car Cup ... Base - Rubber Tabs Hold Most 32-40 oz Bottles and Large Cups

Case 2:25-cv-01313   Document 1-3   Filed 07/14/25   Page 12 of 16

2025/7/14, 17:17

 

Helpful      Report

 Summer

**Great invention! I love this thing.**

Reviewed in the United States on October 18, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

Reviewing Integral Hydro Car Cup Holder Expander in White for 32-40 oz. I have a few Hydro's that I use on a regular basis. One is 40oz and one is 32oz. I'm forced to lay them in my passenger seat and hope they don't leak because they don't fit in the cup holders of my Kia Sorento. Hence, this order.

It works! It fits in my cup holder easily, it fits both the 32 & the 40 oz Hydro's and keeps them stable and it looks nice in my car. It's easy to put in the cup holder and remove and looks like it will last a long time since it's thick plastic. Bonus: if your cup sweats into this holder or you spill some liquid in it, it's easy to fit a rag in it to clean it. My cup holders are round, not raised and not close to my dash or console so it fits the specs required (be sure your cup holders have none of those mentioned attributes). Good value for the price point being under 25 since I use it nearly every day.



 Helpful      Report

 Jabronis407

**Works great!**

Reviewed in the United States on October 24, 2023

**Amazon Vine Customer Review of Free Product** ( What's this? )

I have this installed in my 2020 Chevy Silverado. The cup holder is very easy to 'install', as you simply place it in the cup holder and twist until the base expands and tightens within the cup holder. It fits very securely and does not even slightly pull out when lifting your cup/mug/bottle out. I've used it to hold both a Hydroflask and Yeti rambler, and both fit great. This is an excellent solution for these larger type bottles.



Helpful      Report

L. Paul

**Hard to install for me and keeps coming out!**

Reviewed in the United States on February 21, 2022

Color: Black

It took me awhile to get it to fit right in the cup spot. Finally got it to stay but it would only stay a few days or so. Keeps coming out when I pick my mug up. The rubber things on tabs keep coming off. I'm very disappointed with this. It's very frustrating!

Not happy with this product.



Helpful      Report

Vito M

**Broke after a few mon**

Amazon.com: Customer reviews: Integral Hydro Expander - Car Cup ... Base - Rubber Tabs Hold Most 32 - 40 oz Bottles and Large Cups          2025/7/14, 17:17

Reviewed in the United States on Ma
Color: Black

Very poorly made and broke after usi
jammed and when I removed it, it scr
disappointed with my purchase



Helpful          Report

 Troy

**Highly recommended**
Reviewed in the United States on Jun
Color: Black

Definitely a quality made product and



2 people found this helpful

Helpful          Report

 Troy

**Highly recommended**
Reviewed in the United States on June 11, 2019

Definitely a quality made product and the price is great. Works perfectly.

Images in this review



Subtotal
**$89.99**
Your order qualifies for FREE Shipping. Choose this option at checkout.
See details

Go to Cart



$89.99

1

 wonka5

**I'm beyond thrilled!**
Reviewed in the United States on April 16, 2022
Color: Black     **Verified Purchase**

It must be a slow week for me because I am STOKED about this cup holder expander! As soon as I pulled the expander out of the box I knew I was in for something good. It's strong, it's durable, it's very well made. I had no problems whatsoever installing it in my 2014 Ford Explorer. The fit in the car's cup holder is solid. No wobbling, no tilting, not even a smidge. Then came time to see if my 40 oz. Thermoflask (the one sold at Costco) would fit securely. Voila-- it did! Even with the silicone boot on! I'm giddy with happiness! No other cup holder expander has worked. The expander stayed put when I lifted my water bottle out too. This is going to be a lifesaver and make car rides much more enjoyable. I must tell my friends about this!



Helpful          Report

 Amazon Customer

**Great!!!!!**
Reviewed in the United States on February 19, 2021
Color: Black     **Verified Purchase**

Definitely will recommend, Great product

Helpful          Report

Case 2:25-cv-01313   Document 1-3   Filed 07/14/25   Page 14 of 16

Amazon.com: Customer reviews: Integral Hydro Expander - Car Cup ... Base - Rubber Tabs Hold Most 32 - 40 oz Bottles and Large Cups          2025/7/14, 17:17

 Lisa

**Perfect fit**
Reviewed in the United States on January 26, 2022
Color: Black   **Verified Purchase**

Started driving farther for work and need to have a place for my 40 oz water bottle. This cup holder was easy to install with just a twist. Has a spot for a mug that has a handle and rubber holders to fit a smaller water bottle if needed. Love it so far.

 

| Helpful | Report |
|---------|--------|

| ‹ Previous page | Next page › |
|-----------------|-------------|

‹ **See all details for Integral Hydro Expander - Car Cup Holder Expander Organizer with...**

---

## Related to items you viewed                                    Page 1 of 10



Baysitone Modern Dining Chairs Set of 4, Side Dining Room Chairs, Kitchen Chairs with Faux Leather Padded Seat...
618
-6% $269⁹⁹
($67.50/count)
Typical: $285.99
Get it **Jul 22 - 23**
$49.98 shipping



KithKasa 31.5" Mid Century Modern Round White Dining Table for 2-4, with Wood Legs & MDF Tabletop for Small Spa...
14
-15% $118¹⁵
Typical: $139.00
Get it **Jul 18 - 22**
FREE Shipping
🌱 1 sustainability feature



Car Cup Holder Expander, Cup Holder Extender Adapter with Expandable Arm and Adjustable Bas...
1,361
-37% $15¹¹
Limited time deal
List: $23.99
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon



Yaheetech Dining Chairs Set of 2 Modern Faux Leather Upholstered Dining Room Chairs with High Back and Metal...
1,603
-28% $107⁴⁶
($53.73/count)
List: $149.99
Get it as soon as **Tuesday, Jul 22**
FREE Shipping by Amazon



KATE Chair Leath Uphc Silve Kitch

$17
$79.9

## Best Sellers in Automotive Interior Accessories                Page 1 of 10

Prev                                                              Nex

Amazon.com: Customer reviews: Integral Hydro Expander - Car Cup ... Base - Rubber Tabs Hold Most 32 - 40 oz Bottles and Large Cups

Case 2:25-cv-01313    Document 1-3    Filed 07/14/25    Page 15 of 16

2025/7/14, 17:17







**EcoNour Car Windshield Sunshade | Blocks 99% Heat & Keeps Interior Cool | Universal Fits Car...**
115,194

#1 Best Seller in Automotive

-36% $15⁹⁹
List: $25.00
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon

**Drift Car Air Freshener - Wood Air Freshener - Car Odor Eliminator - Teak Scent Starter Kit**
11,679

$12⁹⁵ ($12.22/ounce)
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon

**Magnelex Car Windshield Sunshade | Innovative No-Light-Pass Technology for Maximu...**
51,271

Amazon's Choice

$17⁹⁹
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon

**SINGARO Car Cup Holder Coaster, Silicone Cup Holder Insert, Universal Non-Slip Cup Holders,...**
4,476

#1 Best Seller in Automotive Cup Holders

$6⁹⁹ ($1.75/count)
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon

**LITT Fresh Fresh Prov Scen**
-21
($0.7
List: $
Get it
19
FREE
$35 s

## Your Browsing History  View or edit your browsing history








Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon.com: Customer reviews: Integral Hydro Expander - Car Cup ... Base - Rubber Tabs Hold Most 32 - 40 oz Bottles and Large Cups          2025/7/14, 17:17

Case 2:25-cv-01313    Document 1-3    Filed 07/14/25    Page 16 of 16

| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
|---|---|---|---|---|---|---|
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Live Stream. Shop. Live | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Luna Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates