# EXHIBIT 4

Click to see full view

# Seven Sparta Car Cup Holder Expander with Adjustable Base, Compatible with Hydro Flasks 32/40 Ounce, Compatible with Yeti Ramblers 20/26/30 Ounce, Other Bottles in 3.4"-3.8" (Black)

Visit the SEVEN SPARTA Store

4.4 16,215 ratings

**4K+ bought** in past month

$15.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Color: **Black**

| $15.99 | $19.99 ~~$22.99~~ | See available options | $19.99 |
|---|---|---|---|

Size: **Medium*1**

Medium*1 | Medium*2

**Bundles with this item**

2 Pack Car Cup Holder Expander (Upgraded…

-4% $44.99

| | |
|---|---|
| **Color** | Black |
| **Material** | Plastic, Rubber |
| **Brand** | SEVEN SPARTA |
| **Product Dimensions** | 4.4"L x 4.4"W x 6.3"H |
| **Manufacturer** | Seven Sparta |

## About this item

- EXPANDABLE BASE FOR DIAMETER 2.5"-3.75" CAR CENTRE CONSOLE CUP HOLDER: Seven Sparta car

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$15.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery **Saturday, July 19** on orders shipped by Amazon over $35

Or Prime members get FREE Same-Day delivery **Today** **5 PM - 10 PM** on eligible orders. Order within 7 hrs 24 mins. Join Prime

Deliver to Seattle 98101

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Auto Off-roading |
| Payment | Secure transaction |

Add a gift receipt for easy returns

Add to List

**Other sellers on Amazon**

New (3) from $15.99 FREE Shipping on orders over $35.00 shipped by Amazon.




- drink cup holder comes with a base that expands to fill the console cup holder to fit different vehicles, such as motorcycles, boats, trucks, RV's and golf-carts. If your vehicle's cup holder has edge obstructions, we recommend considering our Rubber Base Expander for a perfect fit. Vehicle Not Recommended: 2019-2023 RAV4, 2009-2018 Forester, 2020-2024 Outback, 2009-2015 Prius.
- FIT MOST 32 OUNCE - 40 OUNCE WIDE BOTTLES AND DIAMETER 3.4"-3.8": The car drink cup holder is big enough for oversized thermoses, it also can work with most popular brands bottles and many large fast food cups in 3.4"-3.8" diameter. Please measure your cup's diameter before ordering, taking into account the overall height for accurate selection. For cups with a diameter exceeding 3.8 inches, we recommend purchasing our Upgraded Expander.
- SECURES TIGHTLY WITHOUT TIPPING OR SPILLING: This car cup holder built with solid and thick plastic and the rubber tabs around the top of the cup holder hold the cup firmly in place without tipping or spilling when driving down the road.
- LARGE SLOT FOR CONTAINER WITH HANDLES: It is easy to remover the cup holder from the slot. And the cup holder has a base deep enough to provide great balance for your water bottle.
- UPGRADE VERSION: Thanks for our customers who feedback the problem about the cup base. Please rest assured that customer experience is always our first consideration. Now we have upgraded the material to solve this problem. Please check the compatibility of the vehicle and the cup before purchasing.

› See more product details

Report an issue with this product or seller

### There is a newer model of this item:



Upgraded Car Cup Holder Expander Adapter with Offset Adjustable Base, Compatible with Yeti 14/24/36/46oz Ramblers, Hydro Flasks 32/40oz, Other Large Bottles Mugs in 3.5"-4.0", 1 Pack
$24.99
(7,109)
In Stock

---

## Buy it with

 +  + 

**This item:** Seven Sparta Car Cup Holder Expander with Adjustable Base, Compatible
$15.99

Automatic Car Cup Holder Expander, Large Water Bottles Holder for Yeti, Hydro Flask,
$15.35

HOTOR Car Trash Can with Lid and Storage Pockets - 100% Leak-Proof Organizer,
$9.99

Total price: $41.33

Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

## Customers who viewed this item also viewed



Car Cup Holder Expander, Cup Holder Extender Adapter with Expandable Arm and Adjustable Bas…
1,361
37% off   Limited time deal
$15.11
List: $23.99
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon



Amazon Basics Car Cup Holder Expander with Adjustable Base, Fits Large Bottles 3.4 to 3.8 in Diameter, Securely Hol…
3,472
$11.99
Get it as soon as **Thursday, Jul 24**



[Upgraded] Integral Ultimate Car Cup Holder Expander - Adjustable Base - Organizer & Expander for Vehicles -…
3,531
$24.99
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon



Swigzy [Patented & Upgraded] Car Cup Holder Expander - Adapter Holds: Hydro-…
10,178
Amazon's Choice
$26.99
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon



Automatic Car Cup Holder Expander, Large Water Bottles Holder f Yeti, Hydro Flask,…
738
35% off   Limited time c
$15.35
List: $23.49
Get it as soon as **Saturday 19**
FREE Shipping on orders c $35 shipped by Amazon

## Frequently purchased items with fast delivery



BottlePro Adjustable Cup Holder Adapter, Compatible with 32/40 Ounce Hydro Flasks, Iron Flasks, Takeyas, Simple…
9,629
$12.95
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon



JOYTUTUS Upgraded Car Cup Holder Expander with Offset Base, Compatible YETI, Hydro Flask, Large for Hold 18…
2,370
$14.99
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon



BottlePro Max (3rd Gen) Adjustable Cup Holder Adapter, Compatible with Most Hydro Flasks, YETIs, Iron Flasks, Takeyas, Simple Modern,…
30
$19.95
FREE Shipping



Swigzy Extra Wide Car Cup Holder Expander - Made for Yeti 14oz & 46oz Rambler, Hydro Flask 24oz Mug, RTIC…
10,178
$26.99
Get it as soon as **Saturday, Jul 19**
FREE Shipping on orders over $35 shipped by Amazon



Car Cup Holder Expan with Adjustable Base, Cupholder Extender…
11,947
Save 7%
$13.99
Typical: $14.99
Lowest price in 30 day
Get it as soon as **Saturday 19**
FREE Shipping on orders c $35 shipped by Amazon

## From the brand

Seven Sparta was founded in 2011, has more than 100 works, all of which have passed US patent certification. We have a domestic ultra-rigorous conversion workshop and an imaginative development team designed to provide reliable. We always focus on the modification of hard-core off-road vehicles, specializing in the JEEP, Ford, Toyota, Tesla, BMW and other brands of car modification.

## Product Description

*What is the difference between the upgrade version and the basic version?*

The basic version accommodates cups with a 3.4-3.8 inch diameter. The upgraded version, with an offset base, is larger and suitable for cups with a 4" diameter, such as the Yeti Mug 14oz and Rambler 36oz, 40oz.

## Compatibility

| Compatible with Hydro-Flask | 32 oz. and 40 oz.; Mug: 6 oz., 12 oz. | Compatible with Owala | 19 oz.,24oz., 25 oz., 32 oz., and 40 oz. |
|---|---|---|---|

Case 2:25-cv-01313   Document 1-4   Filed 07/14/25   Page 6 of 12

Amazon.com: Seven Sparta Car Cup Holder Expander with Adjustable ... 20/26/30 Ounce, Other Bottles in 3.4"-3.8" (Black) : Automotive                                                              2025/7/14, 15:43

| Compatible with Yeti | Rambler 20 oz., 26 oz., 30 oz.; Mug: 10 oz. | Will it fit my vehicle? | It should fit any standard size (or slightly smaller/bigger) original car cup holder. |
|---|---|---|---|
| Compatible with Stanley | Travel Tumbler 20 oz., 30 oz., 40 oz. | Does it work with my bottle? | It fits bigger bottles in 3.4"-3.8" diameter. If your cup has a boot, you'll need to consider the diameter with the boot on. |
| Compatible with Nalgene | 30 oz., 32 oz., 38 oz., and 48 oz. | Things to Know Before Buying | Please measure your cup's diameter before ordering, taking into account the overall height for accurate selection. |
| Compatible with Camelbak | 32 oz. and 40 oz. | Vehicle Not Recommended | 2019-2025 RAV4, 2009-2018 Forester, 2020-2025 Outback, 2009-2015 Prius and other ultra-compact vehicle models. |

## Introducing the Seven Sparta Cup Holder.

  

| | Basic Expander | Basic Rubber Expander | Upgraded Rubber Expander |
|---|---|---|---|
| | Add to Cart | Buying Options | Buying Options |
| Customer Reviews | 16,215 | 36 | 36 |
| Price | $15.99 | — | — |
| Compatible with | Bottles in 3.4-3.8" Diameter | Bottles in 3.4-3.8" Diameter | Bottles in 3.4-4" Diameter |
| Color | Gloss Black | Gloss Black | Matte Black |
| Packaged | ✔ | ✔ | ✔ |
| Package quantity | 1 pack | 1 pack | 1 pack |
| Offseting base | ✘ | ✘ | ✔ |

## Product information

### Technical Details

| Manufacturer | Seven Sparta |
|---|---|
| Brand | SEVEN SPARTA |
| Model | CP1210 |
| Item Weight | 14.4 ounces |
| Product Dimensions | 4.4 x 4.4 x 6.3 inches |

### Additional Information

| ASIN | B07PMHPJJF |
|---|---|
| Customer Reviews | 4.4 ratings    16,215 <br> 4.4 out of 5 stars |
| Best Sellers Rank | #499 in Automotive (See Top 100 in Automotive) <br> #3 in Automotive Cup Holders |

Amazon.com: Seven Sparta Car Cup Holder Expander with Adjustable ... 20/26/30 Ounce, Other Bottles in 3.4"-3.8" (Black) : Automotive    2025/7/14, 15:43

Case 2:25-cv-01313    Document 1-4    Filed 07/14/25    Page 7 of 12

| | | | |
|---|---|---|---|
| Item model number | CP1210 | Date First Available | March 13, 2019 |
| Manufacturer Part Number | CP1210 | | |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions *here*.

**Product Warranty:** For warranty information about this product, please *click here*

### Feedback

Would you like to *tell us about a lower price?*

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  Seven Sparta Car Cup Holder Expander with Adjustable Base, Compatible with Hydro Add to cart |  Amazon Basics Car Cup Holder Expander with Adjustable Base, Fits Large Add to cart |  Upgraded Car Cup Holder Expander Adapter with Offset Adjustable Base, Compatible Add to cart |  KEMIMOTO Large Car Cup Holder Expander Fits 8-40 OZ Bottles, Compatible with Add to cart |
| Price | $15⁹⁹ | $11⁹⁹ | $43⁹⁹ | -26% $19⁹⁹ List: $26.99 |
| Delivery | Get it as soon as **Saturday, Jul 19** | Get it as soon as **Thursday, Jul 24** | Get it as soon as **Saturday, Jul 19** | Get it as soon as **Saturday, Jul 19** |
| Customer Ratings | 4.4    16,215 | 4.1    3,472 | 4.5    7,109 | 4.0    157 |
| Sold By | Auto Off-roading | Amazon.com | Auto Off-roading | KemimotoHunting |
| Material | Plastic, Rubber | Acrylonitrile Butadiene Styrene | Plastic, Rubber | Rubber |
| Size | Medium*1 | 3.4 to 3.8 in | Large*2 | Black |

## Videos

### Videos for this product



0:12
Never leave home without your favorite cup again
Deb Wadsworth

1:13
Universal Adapter for Every Bottle I08
Katie_pgyuwgdrew5g

Customer Review: Amazing!
Shane Cerna

Upload your video

## Similar brands on Amazon
Sponsored



2Pack Car Cup Holder Expander, Cup Holder Extender Adapter with
4.4    1,361
32% off  **Limited time deal**
$27.19  List: $39.99



andobil Upgraded, Solidest 15in Cup Phone Holder for Car, Stable &
4.5    4,111
$35.99  List Price: $44.99



## Customer reviews

**4.4 out of 5**
16,215 global ratings

| | |
|---|---|
| 5 star | 70% |
| 4 star | 15% |
| 3 star | 8% |
| 2 star | 3% |
| 1 star | 4% |

How customer reviews and ratings work

## Customers say

Customers find the cup holder well-constructed and easy to use, with good stability as it doesn't wobble or rock. The holder accommodates various sizes, from hydroflasks to large fountain drinks, and customers appreciate its secure fit. While some customers consider it well worth the money, others find it overpriced. The sturdiness receives mixed feedback, with some reporting it stays securely in place while others say it gets loose easily.

Generated from the text of customer reviews

**Select to learn more**

✓ Works well    ✓ Quality    ✓ Cup holder    ✓ Ease of installation
✓ Holds larger containers    Sturdiness    Value for money

## Reviews with images

See all photos ›

### Review this product
Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

 Kimberly I.

**Almost works TOO well**
Reviewed in the United States on June 28, 2025
Color: Black    Size: Medium*1    **Verified Purchase**

Let me tell you, this was a huge upgrade from our last cup holder expander. Our last one didn't fit the cup holder and we had to put a can sleeve on it to keep it from moving around too much. It also broke eventually. THIS one, however, is incredibly sturdy. It's easy to set up and adjust to the size of your cup holder. If you set it up at the proper angle, it doesn't budge unless you wiggle it too much. We have those huge Costco thermoses and they fit

perfectly. This is where the "almost" too perfectly comes in. With the non-slip bottom part of the thermos, it slides right in. However, you REALLY have to wiggle it to get it out, which can be a hassle when you're trying to take a drink while you're driving. If you wiggle it too much, it thinks that you are trying to adjust the tightness of the base, which can loosen it a bit. A solution to this would be to remove the non-slip part of the bottle for the time being. I would still rather deal with this than a flimsy cup holder that moved around too much.

One person found this helpful

Helpful     Report

Patti Robinson

### Product is great. Came with a faulty screwdriver but highly recommend.

Reviewed in the United States on July 1, 2025

Color: Black     Size: Medium*1     Verified Purchase

The item is really nice. It has an option to rotate and unscrew the bottom so it locks into place in your cupholder, which is really nice. It has a nice wide space to hold large cups. It has a slit on the side, which is perfect because this is for my husband's coffee cup that has a handle it. Also let you twist the part that holds the drink so you can adjust how large or how small you need I'm not sure what happened with the screwdriver. I included some pictures. It was just a flat piece with no grooves so I think it was supposed to be a Phillips screwdriver. Overall, the product is great worked super well

One person found this helpful

Helpful     Report

W. Byerly

### Large Drink Holder for existing small drink holder.

Reviewed in the United States on May 25, 2025

Color: Black     Size: Medium*1     Verified Purchase

Worked good for what I needed in My 1987 Corvette. I gave it a 4 star because I wished the rubbers on the inside were a little stiffer. Would help hold some smaller drinks. It did fit my existing drink holder in my 1987 Corvette which are very shallow.

4 people found this helpful

Helpful     Report

Jaz Massa

### Secures my 32oz Hydroflask in my Wrangler JK

Reviewed in the United States on April 28, 2025

Color: Black     Size: Medium*2     Verified Purchase

I used these in my 2018 Jeep Wrangler JK. These work so well, they are really easy to install and hold very securely. They twist to expand to fit the cup holder so they adjust to fit many sized cupholders.

I put my 32oz hydroflask in these daily and it stays secure. But it also holds smaller cups securely with the rubber tabs. I would definitely buy these again.

2 people found this helpful

Helpful     Report

**Hellcatenstein**

### Stupid simple design, but it works!

Reviewed in the United States on June 9, 2025

Color: Black   Size: Medium*1   Verified Purchase

Despite the tapered design of tumblers these days, the cup holders in my Ford Edge are still just not wide enough for most modest tumblers. This easily fixes that problem. It installed into an existing cup holder in seconds, and is a LOT more secure than I expected. The base twists, and the rubber feet secure into place very snugly. Now, I can use the bigger YETI tumblers we've been letting sit around, like a 44oz and up, as well as just regular coffee mugs. Imagine! It's a little pricey, but if you're always struggling to fit bottles and tumblers into your car, it's well worth it.

Helpful    Report

**Madison Bock**

### Great Product

Reviewed in the United States on July 3, 2025

Color: Black   Size: Medium*1   Verified Purchase

Works great & is a perfect fit for any cup holder with no shaking or rattling. 10/10

Helpful    Report

**Amazon Customer**

### It fits but getting the cup out is hard.

Reviewed in the United States on February 26, 2025

Color: Black   Size: Medium*1   Verified Purchase

I have owned this for a few months. I have a 32 ounce yeti that comes everywhere. The cup holder fits the yeti fine but taking it out of the cup holder is a pain. It's almost to snug and every single time the cup hold comes out with the cup or I have to fight to get it out of the cup holder without the cup holder coming out of the cup holder.

2 people found this helpful

Helpful    Report

**James**

### Great product

Reviewed in the United States on May 17, 2025

Color: Black   Size: Medium*1   Verified Purchase

Fits in my 2004 Chevy Tahoe no problem if you drive one you know any type of big water bottles don't really like to stay put so this helped with keeping my big water bottle from tipping over all the time I would buy again

One person found this helpful

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

**Phil**

### Works well

Reviewed in the United Kingdom on October 25, 2024

Color: Black   Size: Medium*1   Verified Purchase

Very sturdy, holds the flask well, but quite big - may not fit in some spaces.

Report

Julio Olascoaga

**Great stuff**

Reviewed in the United Arab Emirates on April 24, 2025

Color: Black    Size: Medium*1    **Verified Purchase**

Great stuff

Report

 Maria A Caldera

**Tamaño perfecto, robusto y de gran utilidad**

Reviewed in Spain on March 13, 2025

Color: Black    Size: Medium*1    **Verified Purchase**

Justo lo que esperaba. Robusto y encaja perfectamente en el espacio del coche.

Report

Translate review to English

 Placeholder

**Simple things adding great value**

Reviewed in India on July 11, 2023

Color: Gray    Size: Medium*1    **Verified Purchase**

I am using this for my VCross...At the onset, the price scared me....after good amount of research, I went ahead and placed an order. This is magical and must get for folks who are suffering from their existing car cup holder which can only hold a drink can...I wish this can be made in India!

Report

Jordan Marshall

**Best one on the market!**

Reviewed in Australia on February 9, 2022

Color: Black    Size: Medium*1    **Verified Purchase**

Such a problem solving product. Very high quality. Sleek and professional look. Definitely recommend!

Report

See more reviews ›

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon | Sell apps on Amazon | Amazon Store Card | Your Orders |

| | | | |
|---|---|---|---|
| Newsletter | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| About Amazon | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Accessibility | Become an Affiliate | Shop with Points | Returns & Replacements |
| Sustainability | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Press Center | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Investor Relations | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
| Amazon Science | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates