# EXHIBIT 5

Deliver to Seattle 98101 | All | Search Amazon | EN | Hello, HONGCHANG Account & Lists | Returns & Orders | 1 Cart

All  **Rufus**  Join Prime  Amazon Haul  Same-Day Delivery  Medical Care  Saks  Amazon Basics  Customer Service

# Customer Review

 Chelsea Marquart

**Expand your cup holder, expand your life!**
Reviewed in the United States on May 20, 2019
Color: Black    Size: Medium*1    **Verified Purchase**

Chyuhh! This cup holder-expander is excellent!! I was pleasantly surprised with the materials - very sturdy. Also, it. does. not. rattle! For those of you who can't get enough of the larger Hydro Flask/Yeti's and are tired of them flying off of your passenger seat onto the floorboard, praise be it this little guy. I was waiting for a hot minute for this to come back in stock. Do yourself a favor and just shell out -/+$20.
So here's the compatibility breakdown (mind you, this is not all inclusive, just validation for my gear):
Hydro Flask 32oz
Hydro Flask 40oz
Yeti Rambler 26oz
Yeti Rambler 30oz
Camelbak Chute Mag 32oz
Camelbak Chute Mag 40oz (it's tight, but fits)
S'well Traveler: 16 & 20oz
Nalgene bottle: 32oz
Cheers!



80 people found this helpful

Helpful    Report    Permalink

## Product Details

 Seven Sparta Car Cup Holder Expa…
by **SEVEN SPARTA**

★ 4.4 out of 5
16,215 global ratings

| | | |
|---|---|---|
| 5 star | | 70% |
| 4 star | | 15% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 4% |

**See All Buying Options**

Subtotal **$89.99**
Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Go to Cart


$89.99

1

---

### Related to items you viewed                    Page 1 of 10

    

Prev / Next

- Baysitone Modern Dining Chairs Set of 4, Side Dining Room Chairs, Kitchen Chairs with Faux Leather Padded Seat…
  618
  -6% $269⁹⁹ ($67.50/count)
  Typical: $285.99
  Get it Jul 22 - 23
  $49.98 shipping

- Amazon Basics Car Cup Holder Expander with Adjustable Base, Fits Large Bottles 3.4 to 3.8 in Diameter, Securely Hol…
  3,472
  $11⁹⁹
  Get it as soon as **Thursday, Jul 31**

- KithKasa 31.5" Mid Century Modern Round White Dining Table for 2-4, with Wood Legs & MDF Tabletop for Small Spa…
  14
  -15% $118¹⁵
  Typical: $139.00
  Get it Jul 18 - 22
  FREE Shipping
  1 sustainability feature

- Yaheetech Dining Chairs Set of 2 Modern Faux Leather Upholstered Dining Room Chairs with High Back and Metal…
  1,603
  -28% $107⁴⁶ ($53.73/count)
  List: $149.99
  Get it as soon as **Tuesday, Jul 22**
  FREE Shipping by Amazon

- KATE… Chair… Leath… Upho… Silve… Kitch…
  $17⁹…
  $79.9…

### Customers who viewed items in your browsing history also viewed                    Page 1 of 7

Expand your cup holder, expand your life.

Prev


MEMUY Dining Chairs Set 6, High Back White Kitchen Chairs,Waterproof Faux Leather Dinner Chairs…
99
$207⁹⁷ ($34.66/count)
Get it **Jul 21 - 24**
$127.00 shipping


FURNITO Modern Dining Chairs Set of 4, White Dining Chairs with Thick Cushions, Faux Leather Kitchen & Dining Room…
6
$299⁹⁰ ($74.98/count)
Get it **Jul 17 - 22**
FREE Shipping


gopop Dining Chairs Set of 4, White Faux Leather with Plated Chrome Metal Frame, Modern…
76
Amazon's Choice
$149⁹⁹
Get it **Jul 22 - 25**
$99.99 shipping
🌿 1 sustainability feature


LUFTUT Dining Chairs Set of 4,Faux Leather Dining Chairs,Upholstered Kitchen Chairs with High Back,Modern Armless…
44
$329⁹⁹
Get it **Jul 17 - 23**
FREE Shipping

Next
VAKT… Mod… Whit… Chro… Curv… & Cl…
$24⁹
FREE

---

### Your Browsing History    View or edit your browsing history    Page 1 of 6

Prev         Next

---

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Live<br>Stream. Shop. Live | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Luna<br>Video games from the cloud, no console required | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# Customer Review

Don Thompson

### Great Product
Reviewed in the United States on July 5, 2019
Color: Black   Size: Medium*1   **Verified Purchase**

I almost didn't buy this because I thought the cup holders in my Dodge Charger were too small. The space is confined even more by the cup holder cover. As much as I love my new car, this was one area that needs improvement. I was pleasantly surprised to find that this ingenious product fits perfectly. I love the adjustable portion that holds it in place. Twisting it loosens or tightens the grip. There is rubber to keep my hydro-flask from moving around or making any noise at all. Great purchase for my new car. My #1 complaint solved.



53 people found this helpful

Helpful   Report   Permalink

## Product Details



Seven Sparta Car Cup Holder Expa...
by SEVEN SPARTA

★ 4.4 out of 5
16,215 global ratings

5 star ▬▬▬▬▬▬▬ 70%
4 star ▬▬ 15%
3 star ▬ 8%
2 star ▪ 3%
1 star ▪ 4%

See All Buying Options

Subtotal **$89.99**
Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Go to Cart

$89.99

1

---

## Related to items you viewed
Page 1 of 10

    

Prev

**Baystione Modern Dining Chairs Set of 4, Side Dining Room Chairs, Kitchen Chairs with Faux Leather Padded Seat...**
618
-6% $269⁹⁹
($67.50/count)
Typical: $285.99
Get it Jul 22 - 23
$49.98 shipping

**Amazon Basics Car Cup Holder Expander with Adjustable Base, Fits Large Bottles 3.4 to 3.8 in Diameter, Securely Hol...**
3,472
$11⁹⁹
Get it as soon as Thursday, Jul 31

**KithKasa 31.5" Mid Century Modern Round White Dining Table for 2-4, with Wood Legs & MDF Tabletop for Small Spa...**
14
-15% $118¹⁵
Typical: $139.00
Get it Jul 18 - 22
FREE Shipping
🌿 1 sustainability feature

**Yaheetech Dining Chairs Set of 2 Modern Faux Leather Upholstered Dining Room Chairs with High Back and Metal...**
1,603
-28% $107⁴⁶
($53.73/count)
List: $149.99
Get it as soon as Tuesday, Jul 22
FREE Shipping by Amazon

KATE...
Chai...
Leat...
Uph...
Silve...
Kitc...
$17...
$79.9...

Next

### Customers who viewed items in your browsing history also viewed







MEMUY Dining Chairs Set 6, High Back White Kitchen Chairs,Waterproof Faux Leather Dinner Chairs…
99
$207⁹⁷ ($34.66/count)
Get it **Jul 21 - 24**
$127.00 shipping

FURNITO Modern Dining Chairs Set of 4, White Dining Chairs with Thick Cushions, Faux Leather Kitchen & Dining Room…
6
$299⁹⁰ ($74.98/count)
Get it **Jul 17 - 22**
FREE Shipping

gopop Dining Chairs Set of 4, White Faux Leather with Plated Chrome Metal Frame, Modern…
76
Amazon's **Choice**
$149⁹⁹
Get it **Jul 22 - 25**
$99.99 shipping
🌱 1 sustainability feature

LUFTUT Dining Chairs Set of 4,Faux Leather Dining Chairs,Upholstered Kitchen Chairs with High Back,Modern Armless…
44
$329⁹⁹
Get it **Jul 17 - 23**
FREE Shipping

VAKTULS Set of 4 Modern Dining Chairs White Faux Leather Chrome Silver Metal Curved High Back & Cloud Cushioning
18
$249⁹⁹ ($62.50/count)
FREE Shipping

## Your Browsing History  View or edit your browsing history








Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| --- | --- | --- | --- | --- | --- | --- |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Live<br>Stream. Shop. Live | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# Customer Review

**SpinPHD**

**Would have loved if the top piece didn't come off on first use**
Reviewed in the United States on July 19, 2019
Color: Black    Size: Medium*1    **Verified Purchase**

I really want to like this product, and I actually really do like many aspects to it. Mainly, the spinning base makes it easy to fit in any cup holder. The cup holder part is also tall enough to prevent tipping for those top heavy flasks like the yeti 36oz that I use it with.

Unfortunately, I have to give it a low review because the top part of the cup holder that secures your cup/flask from wobbling came off the first time I used it with my 36oz yeti (as seen in first picture). I tried to put it back on but it pops right back off every I take my yeti out. So now it has a lot of space between yeti and the holder which makes it wobble while driving (2nd picture). Not to mention it looks ugly with that top piece off. I haven't asked for replacement yet, so not sure how customer service is so can't comment on that.

Also to note that with the top piece on, the 14oz yeti mug does NOT FIT as mentioned in description, however it WILL FIT after that top piece came off (3rd picture). So the top part coming off would have been a good problem to have, but I had a holder for my 14oz yeti mug already personally made since I could never find one that fit including the description of this holder. This may be a solution for those looking to find an extender for the thicker 14oz yeti. mug

 

8 people found this helpful

Helpful   Report   Permalink

## Related to items you viewed    Page 1 of 10

   

Baysitone Modern Dining Chairs Set of 4, Side Dining Room Chairs, Kitchen Chairs with Faux Leather Padded Seat...
618
-6% $269.99
($67.50/count)
Typical: $285.99
Get it Jul 22 - 23
$49.98 shipping

KithKasa 31.5" Mid Century Modern Round White Dining Table for 2-4, with Wood Legs & MDF Tabletop for Small Spa...
14
-15% $118.15
Typical: $139.00
Get it Jul 18 - 22
FREE Shipping
1 sustainability feature

Yaheetech Dining Chairs Set of 2 Modern Faux Leather Upholstered Dining Room Chairs with High Back and Metal...
1,603
-28% $107.46
($53.73/count)
List: $149.99
Get it as soon as Tuesday, Jul 22
FREE Shipping by Amazon

KATBOC Modern Dining Chairs Set of 4 PU Faux Leather High Back Upholstered Chairs with Silver Metal Legs for Kitchen Dining Room,...
49
$179.99 ($45.00/count)
$79.99 shipping

Yahe...
Set o...
Leath...
Dinin...
Ama...
$234...
Get it
$69.9...

## Customers who viewed items in your browsing history also viewed    Page 1 of 7

Would have loved if the top piece didn't come off on first use

    

Prev | MEMUY Dining Chairs Set 6, High Back White Kitchen Chairs,Waterproof Faux Leather Dinner Chairs… | FURNITO Modern Dining Chairs Set of 4, White Dining Chairs with Thick Cushions, Faux Leather Kitchen & Dining Room… | gopop Dining Chairs Set of 4, White Faux Leather with Plated Chrome Metal Frame, Modern… | LUFTUT Dining Chairs Set of 4,Faux Leather Dining Chairs,Upholstered Kitchen Chairs with High Back,Modern Armless… | VAKT Modern White Chrome Curv & Cl… | Next

99 | 6 | 76 | 44 |

Amazon's Choice

$207⁹⁷ ($34.66/count) | $299⁹⁰ ($74.98/count) | $149⁹⁹ | $329⁹⁹ | $24⁹
Get it **Jul 21 - 24** | Get it **Jul 17 - 22** | Get it **Jul 22 - 25** | Get it **Jul 17 - 23** | FREE
$127.00 shipping | FREE Shipping | $99.99 shipping | FREE Shipping |
 | | 1 sustainability feature | |

### Your Browsing History   View or edit your browsing history    Page 1 of 6

Prev        Next

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English | United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Live<br>Stream. Shop. Live | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

| Deliver to Seattle 98101 | All | Search Amazon | EN | Hello, HONGCHANG Account & Lists | Returns & Orders | 1 Cart |

Subtotal
**$89.99**
Your order qualifies for FREE Shipping. Choose this option at checkout.
See details

Go to Cart

All  Rufus  Join Prime  Amazon Haul  Same-Day Delivery  Medical Care  Saks  Amazon Basics  Customer Service

# Customer Review

SpinPHD

**Would have loved if the top piece didn't come off on first use**
Reviewed in the United States on July 19, 2019
Color: Black  Size: Medium*1  Verified

I really want to like this product, and I actually really do like many aspects to it. Mainly, the spinning base makes it easy to fit in any cup holder. The cup holder part is also tall enough to prevent tipping for those top heavy flasks like the yeti 36oz that I use it with.

Unfortunately, I have to give it a low review because the top part of the cup holder that secures your cup/flask from wobbling came off the first time I used it with my 36oz yeti (as seen in first picture). I tried to put it back on but it pops right back off every I take my yeti out. So now it has a lot of space between yeti and the holder which makes it wobble a bit and also looks ugly with that top piece off. I have not contacted customer service is so can't comment on that.

Also to note that with the top piece on, the yeti did NOT fit in it, however it WILL FIT after that top piece pops off. So that could have been a good problem to have, but sadly I was very happy with it since I could never find one that fit in my car cup holder. So for those looking to find an extender for your car, get this!



SpinPHD

**Would have loved if the top piece didn't come off on first use**
Reviewed in the United States on July 19, 2019

I really want to like this product, and I actually really do like many aspects to it. Mainly, the spinning base makes it easy to fit in any cup holder. The cup holder part is also tall enough to prevent tipping for those top heavy flasks like the yeti 36oz that I use it with.

Unfortunately, I have to give it a low review because the top part of the cup holder that secures your cup/flask from wobbling came off the first time I used it with my 36oz yeti (as seen in first picture). I tried to put it back on but it pops right back off every I take my yeti out. So now it has a lot of space between yeti and the holder which makes it wobble a bit

 

8 people found this helpful

Helpful   Report   Permalink

Cup Holder Expa...

70%
15%
8%
3%
4%



$89.99

1

---

## Related to items you viewed
Page 1 of 10

**Baysitone Modern Dining Chairs Set of 4, Side Dining Room Chairs, Kitchen Chairs with Faux Leather Padded Seat...**
618
-6% $269.99
($67.50/count)
Typical: $285.99
Get it Jul 22 - 23
$49.98 shipping

**KithKasa 31.5" Mid Century Modern Round White Dining Table for 2-4, with Wood Legs & MDF Tabletop for Small Spa...**
14
-15% $118.15
Typical: $139.00
Get it Jul 18 - 22
FREE Shipping
🌱 1 sustainability feature

**Yaheetech Dining Chairs Set of 2 Modern Faux Leather Upholstered Dining Room Chairs with High Back and Metal...**
1,603
-28% $107.46
($53.73/count)
List: $149.99
Get it as soon as Tuesday, Jul 22
FREE Shipping by Amazon

**KATBOC Modern Dining Chairs Set of 4 PU Faux Leather High Back Upholstered Chairs with Silver Metal Legs for Kitchen Dining Room,...**
49
$179.99 ($45.00/count)
$79.99 shipping

**Yahe...
Set...
Leat...
Dini...**
Amaz...
$234...
Get it
$69.9...

Prev  Next

## Customers who viewed items in your browsing history also viewed
Page 1 of 7

# Customer Review

 VentureTraceOutdoors

**I liked it...before it broke**
Reviewed in the United States on July 14, 2019
Color: Black   Size: Medium*1   **Verified Purchase**

I bought two of these for my truck because I consistently drink out of Nalgene bottles and regular cupholders just couldn't cut it. I opted for this product because it both looked good and seemed durable. After a few weeks of use, one of them broke. I've included some photos and you can see that the bottom completely sheared off at the contact point. This was just through normal use...one day I pulled my Nalgene bottle out and the top slid right off into the floorboard.

I left a 3 star review because my other one is currently going strong. I'll update if anything changes. I'm hoping that maybe I was just unlucky and received a defective one.

***UPDATE 07/19/19
Seller saw my review and reached out. They sent me two new ones to replace my originals. They claim that they have since upgraded the material to prevent failure at the contact points where mine original failed. Based on customer service and no current defects with the replacements, I'm changing my review to 5 stars. If anything changes, I'll update the review again.

 

95 people found this helpful

Helpful | Report | Permalink

## Product Details


Seven Sparta Car Cup Holder Expa...
by **SEVEN SPARTA**

**4.4 out of 5**
16,215 global ratings

| | | |
|---|---|---|
| 5 star | | 70% |
| 4 star | | 15% |
| 3 star | | 8% |
| 2 star | | 3% |
| 1 star | | 4% |

See All Buying Options

## Related to items you viewed
Page 1 of 10


Baysitone Modern Dining Chairs Set of 4, Side Dining Room Chairs, Kitchen Chairs with Faux Leather Padded Seat...
618
-6% $269.99
($67.50/count)
Typical: $285.99
Get it Jul 22 - 23
$49.98 shipping


KithKasa 31.5" Mid Century Modern Round White Dining Table for 2-4, with Wood Legs & MDF Tabletop for Small Spa...
14
-15% $118.15
Typical: $139.00
Get it Jul 18 - 22
FREE Shipping
1 sustainability feature


Yaheetech Dining Chairs Set of 2 Modern Faux Leather Upholstered Dining Room Chairs with High Back and Metal...
1,603
-28% $107.46
($53.73/count)
List: $149.99
Get it as soon as **Tuesday, Jul 22**
FREE Shipping by Amazon

KATBOC Modern Dining Chairs Set of 4 PU Faux Leather High Back Upholstered Chairs with Silver Metal Legs for Kitchen Dining Room,...
49
$179.99 ($45.00/count)
$79.99 shipping


Yahe...
Set o...
Leath...
Dinin...
Ama...
$234...
Get it...
$69.9...

## Customers who viewed items in your browsing history also viewed







MEMUY Dining Chairs Set 6, High Back White Kitchen Chairs,Waterproof Faux Leather Dinner Chairs…
99
$207⁹⁷ ($34.66/count)
Get it **Jul 21 - 24**
$127.00 shipping

FURNITO Modern Dining Chairs Set of 4, White Dining Chairs with Thick Cushions, Faux Leather Kitchen & Dining Room…
6
$299⁹⁰ ($74.98/count)
Get it **Jul 17 - 22**
FREE Shipping

gopop Dining Chairs Set of 4, White Faux Leather with Plated Chrome Metal Frame, Modern…
76
Amazon's **Choice**
$149⁹⁹
Get it **Jul 22 - 25**
$99.99 shipping
♻ 1 sustainability feature

LUFTUT Dining Chairs Set of 4,Faux Leather Dining Chairs,Upholstered Kitchen Chairs with High Back,Modern Armless…
44
$329⁹⁹
Get it **Jul 17 - 23**
FREE Shipping

VAKTULS Set of 4 Modern Dining Chairs, White Faux Leather, Chrome Silver Metal Curved High Back & Cloud Cushioning
18
$249⁹⁹ ($62.50/count)
FREE Shipping

---

**Your Browsing History**  View or edit your browsing history









Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English   United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Live<br>Stream. Shop. Live | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates



| Deliver to Seattle 98101 | All ▾ | Search Amazon | EN ▾ | Hello, HONGCHANG Account & Lists ▾ | Returns & Orders | 1 Cart | Subtotal **$89.99** Your order qualifies for FREE Shipping. Choose this option at checkout. See details |

All   Rufus   Join Prime   Amazon Haul   Same-Day Delivery   Medical Care ▾   Saks   Amazon Basics   Customer Service

# Customer Review

VentureTraceOutdoors

**I liked it...before it broke**
Reviewed in the United States on July ...
Color: Black    Size: Medium*1    Verified ...

I bought two of these for my truck be... cupholders just couldn't cut it. I opte... durable. After a few weeks of use, on... that the bottom completely sheared ... day I pulled my Nalgene bottle out a...

I left a 3 star review because my othe... I'm hoping that maybe I was just unlu...

***UPDATE 07/19/19
Seller saw my review and reached ou... claim that they have since upgraded ... original failed. Based on customer se... changing my review to 5 stars. If anyt...



95 people found this helpful

Helpful    Report    Permalink

up Holder Expa...

...5

70%
15%
8%
3%
4%

...ons

Go to Cart



$89.99

1

---

**Related to items you viewed**    Page 1 of 10

Prev
Baysitone Modern Dining Chairs Set of 4, Side Dining Room Chairs, Kitchen Chairs with Faux Leather Padded Seat...
618
-6% $269.99
($67.50/count)
Typical: $285.99
Get it Jul 22 - 23
$49.98 shipping

KithKasa 31.5" Mid Century Modern Round White Dining Table for 2-4, with Wood Legs & MDF Tabletop for Small Spa...
14
-15% $118.15
Typical: $139.00
Get it Jul 18 - 22
FREE Shipping
🌱 1 sustainability feature

Yaheetech Dining Chairs Set of 2 Modern Faux Leather Upholstered Dining Room Chairs with High Back and Metal...
1,603
-28% $107.46
($53.73/count)
List: $149.99
Get it as soon as **Tuesday, Jul 22**
FREE Shipping by Amazon

KATBOC Modern Dining Chairs Set of 4 PU Faux Leather High Back Upholstered Chairs with Silver Metal Legs for Kitchen Dining Room,...
49
$179.99 ($45.00/count)
$79.99 shipping

Yahe... Set o... Leat... Dinin...
Ama... $234...
Get it...
$69.9...
Next

**Customers who viewed items in your browsing history also viewed**