# EXHIBIT 6

**发件人：** **Amazon** notice@amazon.com
**主题：** Your Amazon.com inquiry
**日期：** 2025年7月3日 19:51
**收件人：** 448245595@qq.com



amazon

您好！

我们收到了权利所有者的举报，称您的一个或多个商品涉嫌侵犯他人知识产权。亚马逊规定，ASIN 在相应商城中的商品不得侵犯他人知识产权。发布侵犯他人知识产权的内容违反了我们的政策：
https://sellercentral.amazon.com/gp/help/521

我们移除了本邮件末尾所列的一个或多个商品，因为我们收到了权利所有者的举报，称相关商品信息中的商品涉嫌侵犯其实用专利权。

您的商品移除是否有误？
如果您认为权利所有者发送侵权通知的做法不正确，请联系权利所有者并要求其提交撤销此侵权通知的请求。仅接受权利所有者直接向亚马逊提交的撤销请求。转发或附件形式的撤销请求将不予接受。本电子邮件末尾提供了权利所有者的联系信息。如果权利所有者不撤销投诉，或者您未提供下述证明信息，我们可能会应权利所有者的请求向其提供您的联系信息。

我们随时为您提供帮助。
如果您对这些违规行为有疑问或需要提交申诉方面的帮助，请联系我们以咨询账户状况专员：
https://sellercentral.amazon.com/cu/contact-us/cmn/repeat

您的账户停用是否有误?
如果您认为导致您的账户被停用的政策违规行为不存在，请提交能够证明您的账户未违反亚马逊政策的证据或文件，我们将进行调查。您可以通过上述"账户状况"页面进行此操作。

您的说明应包含以下信息：
-- 您认为自己的账户未违反知识产权政策的理由。
-- 证明您的账户符合我们的知识产权政策的证据。

如何提交这些信息?
转至"账户状况"页面中"商品政策合规性"部分下的"收到的知识产权投诉"：
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa
找到相关商品的停售记录。单击商品停售记录旁的"申诉"按钮，提交重新启售商品所需的信息。

如果未提供要求的信息，会怎么样?
如果我们未收到回复，该商品将一直处于停售状态。违规记录将在商品停售后最长 180 天内一直显示在您的"账户状况"页面上，或者显示到您对相关违规判定提出的异议获得批准为止。删除此 ASIN 的商品不足以解决违规问题，也不会将违规记录从您的"账户状况"页面移除。

如何重新启售我的商品?
要重新启售您的商品，您可以执行以下操作：
-- 由制造商或权利所有者出具的能够证明您合法销售商品的授权书或许可协议。我们不接受外部链接。出于安全原因，我们仅接受以下文件格式的附件：.jpeg、.jpg、.pjpeg、.gif、.png、.tiff。

以下是权利所有者的联系方式：
-- Seven Sparta Corp.
-- TLEE@INHOUSECO.COM

权利所有者通信内容：NA
ASIN：B0C7SVNF9H
侵权类型： 专利
专利号： D906,229
投诉编号：17972726021

您可以通过访问以下网址查看账户绩效：
https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn
或者，使用 iOS 或 Android 设备在亚马逊卖家应用的主屏幕上选择"账户状况"。"账户状况"页面会根据您在亚马逊商城销售商品所需达到的绩效指标和要遵守的政策显示您账户的表现情况。

-- 下载 iOS 应用：
https://itunes.apple.com/us/app/amazon-seller/id794141485
-- 下载 Android 应用：
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Amazon.com
Sincerely, Seller Performance Team Amazon.com https://www.amazon.com

[Translation]

From: Amazon notice@amazon.com
Subject: Your Amazon.com inquiry
Date: July 3, 2025, 19:51
To: 448245595@qq.com

Hello from Amazon!

We have received a report from the rights holder, stating that one or more of your products infringe on someone else's intellectual property. Amazon's policy requires that ASINs listed on the platform must not infringe on the intellectual property rights of others. Posting content that infringes on someone else's intellectual property violates our policies: https://sellercentral.amazon.com/gp/help/521

We have removed the one or more products listed at the end of this email because we received a report from the rights holder, claiming that the product information allegedly infringes on their patent rights.

Is the removal of your product an error?
If you believe the rights holder's infringement notice was incorrect, please contact the rights holder and ask them to submit a request to Amazon to withdraw the notice. Only requests submitted directly by the rights holder to Amazon will be accepted. Forwarded or attached withdrawal requests will not be accepted. The contact information for the rights holder is provided at the end of this email. If the rights holder does not retract the complaint or you do not provide the requested information, we may p...

We are always here to help.
If you have questions about these violations or need assistance with submitting an appeal, please contact our Account Health Specialist:
https://sellercentral.amazon.com/cu/contact-us/cmn/repeat

Is there an error with the suspension of your account?
If you believe that the policy violation leading to your account suspension does not exist, please submit evidence or documentation proving that your account has not violated Amazon's policies, and we will investigate. You can do this through the "Account Health" page as shown above.

Your statement should include the following information:
-- Reasons why you believe your account has not violated the intellectual property policy.
-- Evidence that your account complies with our intellectual property policies.

How to submit this information?
Go to the "Account Health" page, and under the "Product Policy Compliance" section, find "Received Intellectual Property Complaints":

https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_mpa
Find the removal records for the relevant products. Click the "Appeal" button next to the product removal record and submit the necessary information to reinstate your product.

What happens if the required information is not provided?
If we do not receive a response, the product will remain removed. Violation records will remain visible on your "Account Health" page for up to 180 days after the product has been removed or until your appeal against the violation is approved. Removing the ASIN's product does not resolve the violation issue, nor will it remove the violation record from your "Account Health" page.

How to reinstate my product?
To reinstate your product, you may take the following actions:
-- Provide a letter of authorization or a licensing agreement from the manufacturer or rights holder proving that you are authorized to sell the product. We do not accept external links. For security reasons, we only accept attachments in the following file formats: .jpeg, .jpg, .pjpeg, .gif, .png, .tiff.

Here are the contact details for the rights holder:
-- Seven Sparta Corp.
-- TLEE@INHOUSECO.COM

Rights holder communication content: NA
ASIN: B0C7SVNF9H
Infringement type: Patent
Patent number: D906,229
Complaint number: 17972726021

You can view your account performance by visiting the following URL:
https://sellercentral.amazon.com/performance/dashboard?reftag=email_warn

You can also use the Amazon Seller app on iOS or Android devices to view "Account Health" from the main screen. The "Account Health" page will show your account's performance based on the required performance metrics and policies for selling on Amazon.

-- Download the iOS app:
https://itunes.apple.com/us/app/amazon-seller/id794141485
-- Download the Android app:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_US

Amazon.com
Sincerely, Seller Performance Team Amazon.com https://www.amazon.com