1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

9  CIXISHIHUALONGDIANZIYOUXIANGONGSI d/b/a TYKOR,

| | |
|---|---|
| CIXISHIHUALONGDIANZIYOUXIANGONGSI d/b/a TYKOR,<br><br>    Plaintiff,<br><br>v.<br><br>SEVEN SPARTA CORP.,<br><br>    Defendant. | Case No.: 2:25-cv-01313<br><br>**Certificate of Service** |

10
11
12
13
14
15
16
17
18
19
20
21

CERTIFICATE OF SERVICE
CASE NO.: 2:25-CV-01313

ALIGHT LAW P.C.
4202 MERIDIAN ST
STE 105-313
BELLINGHAM, WA 98226
TELEPHONE: (650) 468-0560

I hereby certify that on 07/23/2025, I served a true and correct copy of the Court's ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER on Defendant SEVEN SPARTA CORP via email.

Attached hereto as Exhibit A is a copy of the email I sent. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: s/ Jianwei Wang .

Jianwei Wang, Esq.
Washington State Bar No. 63131
Alight Law P.C.
M: 4202 Meridian St
Ste 105-313
Bellingham, WA 98226
P:(650)468-0560
Email: andy.w@alightlaw.com

Hongchang Deng (*Pro Hac Vice Forthcoming*)
California Bar No. 354529
SHM LAW FIRM
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
M: +267 8888281
Email: Deng.hongchang@shm.law

*Attorneys for Plaintiff Shenzhen Huajing International Trade Co., Ltd*

CERTIFICATE OF SERVICE
CASE NO.: 2:25-CV-01313

ALIGHT LAW P.C.
4202 MERIDIAN ST
STE 105-313
BELLINGHAM, WA 98226
TELEPHONE: (650) 468-0560