Exhibit A

**Subject:** Re: Reply:Re: Reply:Reply:Re: Notice of Plaintiff's Intended TRO Motion – Case No. 2:25-cv-01313
**Date:**    Wednesday, July 23, 2025 at 5:27:41 PM Pacific Daylight Time
**From:**   Theodore Lee
**To:**       Hongchang DENG
**CC:**      Jianwei Wang, Alexander Chen, Esq.

Mr. Deng,

Thank you for your message and for forwarding the Court's Order.

As you noted, I am not counsel of record for Seven Sparta Corp. in this matter. However, I acknowledge receipt of the TRO and understand that, implicit in the Court's Order, service may be effected via this email address due to its association with the Amazon complaint. I will continue to forward any documents sent to me for service on Seven Sparta, consistent with the Court's Order.

I have forwarded the Order and your correspondence to Seven Sparta and requested direction regarding compliance. I will follow up once I receive confirmation as to whether the complaint will be retracted or has already been withdrawn.

Best,
Theodore Lee

## Theodore Lee

*Attorney at Law*
**Inhouse Co. Law Firm**
m: 626.400.6680
f:  626.380.1308
a: 7700 Irvine Center Drive, Suite 800, Irvine, CA 92618
w: www.inhouseco.com  e: tlee@inhouseco.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

TAX ADVICE LIMITATION: To ensure compliance with the requirements of Circular 230, we inform you that, unless expressly stated otherwise in this communication (or any attachment), any tax advice contained in this communication (or any attachment) is not intended or written to be used and cannot be used (i) by any taxpayer for the purpose of avoiding penalties that may otherwise be imposed under the Internal Revenue Code or (ii) by anyone for the purpose of promoting, marketing or recommending to another party any entity, investment plan or arrangement addressed herein.

On Wed, Jul 23, 2025 at 4:38 AM Hongchang DENG <deng.hongchang@shm.law> wrote:

Hello Mr. Lee

We appreciate your reply. The Court has granted the Temporary Restraining Order and scheduled a Preliminary Injunction hearing for August 4, 2025, at 2:00 p.m. See attached order.

Pursuant to the TRO, service upon your client may be effected via your email address, which remains the only available point of contact for Defendant listed with Amazon complaint. The TRO further requires that your client retract the Amazon complaint within 24 hours of service of this order.

Based on your communication, we understand that your client has not formally retained you as counsel in this matter. However, our service of the TRO upon you is not based on your appearance but rather on the Court's Order and the fact that your email address is the sole contact associated with the relevant Amazon complaint. According to our understanding of Amazon's enforcement mechanism, your account associated with this email is the only one capable of retracting the complaint.

In compliance with the Court's Order, please confirm within 24 hours whether your client will comply with the TRO. If the complaint has already been retracted, kindly provide us with supporting documentation so that we may submit it to the Court.

— — — — — — — — — — — — — —

Hongchang DENG (Richard DENG)
He/Him/His
Partner | SHM Law Firm
Admitted in California (U.S.) & China | Patent Practitioner (CN)

📞 +86 186 8156 7690 | ✉ deng.hongchang@shm.law
— — — —
**Shenzhen Office**
25F, China Resources Tower (Spring Bamboo)
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
— — — —
**Silicon Valley Office**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, California 94306
— — — —

**CONFIDENTIALITY & PRIVILEGE NOTICE** *This email (including any attachments) may contain confidential, proprietary, or legally privileged information intended solely for the named recipient(s). If you are not the intended recipient, you are not authorized to read, print, retain, copy, or distribute this message or any part of it. If you have received this communication in error, please notify the sender immediately by replying to this email and then permanently delete it from your system.*

TLEE<tlee@inhouseco.com> On 2025-07-23 Wed. 11:46 wrote:

Dear Mr. Deng,

Thank you for your follow-up emails. At this time, Seven Sparta is still deliberating how it wishes to proceed. We understand and appreciate your position regarding legal fees and will convey your message accordingly.

Please note that we are not counsel of record in this matter, nor are we authorized to accept service on behalf of Seven Sparta Corp. As California counsel, we are not admitted in Washington and are therefore not positioned to defend this action in that jurisdiction. Accordingly, any formal communications, including service of process, should be directed to the defendant, a Texas corporation.

That said, we remain available to facilitate communications between the parties and will keep you informed should Seven Sparta reach a decision.

Best,
Theodore Lee

## Theodore Lee
*Attorney at Law*
**Inhouse Co. Law Firm**
m: 626.400.6680
f:  626.380.1308
a: 7700 Irvine Center Drive, Suite 800, Irvine, CA 92618
w: www.inhouseco.com  e: tlee@inhouseco.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

TAX ADVICE LIMITATION: To ensure compliance with the requirements of Circular 230, we inform you that, unless expressly stated otherwise in this communication (or any attachment), any tax advice contained in this communication (or any attachment) is not intended or written to be used and cannot be used (i) by any taxpayer for the purpose of avoiding penalties that may otherwise be imposed under the Internal Revenue Code or (ii) by anyone for the purpose of promoting, marketing or recommending to another party any entity, investment plan or arrangement addressed herein.

On Tue, Jul 22, 2025 at 11:07 AM Hongchang DENG <deng.hongchang@shm.law> wrote:

Hello Mr. Lee

I'm following up on your earlier message, in which you indicated that your client might respond by July 21. We'd like to ask whether your client has any further position regarding this matter.

Please be advised that we are billing on an hourly basis, and as the case progresses, our client's legal costs will continue to increase. Given the nature of the claims at issue, our client will inevitably seek to hold your client responsible for these costs. We therefore respectfully ask that your client carefully consider the matter. Thank you.

— — — — — — — — — — — — — — — —
Hongchang DENG (Richard DENG)
He/Him/His
Partner | SHM Law Firm
Admitted in California (U.S.) & China | Patent Practitioner (CN)
☏ +86 186 8156 7690 | ✉ deng.hongchang@shm.law
— — — —
*Shenzhen Office*
25F, China Resources Tower (Spring Bamboo)
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
— — — —
*Silicon Valley Office*

3000 El Camino Real, Building 4, Suite 200
Palo Alto, California 94306
————
**CONFIDENTIALITY & PRIVILEGE NOTICE** *This email (including any attachments) may contain confidential, proprietary, or legally privileged information intended solely for the named recipient(s). If you are not the intended recipient, you are not authorized to read, print, retain, copy, or distribute this message or any part of it. If you have received this communication in error, please notify the sender immediately by replying to this email and then permanently delete it from your system.*

Hongchang DENG<deng.hongchang@shm.law> On 2025-07-20 Sun. 19:56 wrote:

Hello Mr. Lee

Thank you for your response.

As you know, this matter is urgent for our client. Your client's enforcement actions have resulted in takedowns on Amazon, causing significant harm and disruption to our client's business.

Before seeing your email, we had already instructed our local counsel Mr. Wang to file the TRO. However, we do not believe this precludes further discussion between the parties. We sincerely hope your client will consider withdrawing the improper Amazon complaint based on the facts and applicable law.

Thank you for your attention.

————————————————
Hongchang DENG (Richard DENG)
He/Him/His
Partner | SHM Law Firm
Admitted in California (U.S.) & China | Patent Practitioner (CN)
📞 +86 186 8156 7690 | ✉ deng.hongchang@shm.law
————
*Shenzhen Office*
25F, China Resources Tower (Spring Bamboo)
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
————
*Silicon Valley Office*
3000 El Camino Real, Building 4, Suite 200
Palo Alto, California 94306
————
**CONFIDENTIALITY & PRIVILEGE NOTICE** *This email (including any attachments) may contain confidential, proprietary, or legally privileged information intended solely for the named recipient(s). If you are not the intended recipient, you are not authorized to read, print, retain, copy, or distribute this message or any part of it. If you have received this communication in error, please notify the sender immediately by replying to this email and then permanently delete it from your system.*

TLEE<tlee@inhouseco.com> On 2025-07-19 Sat. 5:56 wrote:

Dear Mr. Deng,

While I have been in communication with Seven Sparta Corp., I am not currently authorized to accept service or act as counsel of record in this matter. My role at present is limited to assisting them in evaluating the situation.

Regarding the July 16, 2025 email sent to me, it unfortunately landed in a spam/junk folder and was not seen until after your email today, which alerted me to its existence. As a result, the original complaint and requested response date were not received in a timely or effective manner.

Given that we only just became aware of the complaint and your client's position today, we request a brief extension until Monday, July 21, 2025, to review the materials, consult with Seven Sparta Corp., and formulate a substantive response. We believe this extension is reasonable and necessary to facilitate a good-faith engagement. We therefore request that your client refrain from filing the Motion for Temporary Restraining Order until we have had the opportunity to respond by **Monday, July 21, 2025**.

**Theodore Lee**

*Attorney at Law*
**Inhouse Co. Law Firm**
m: 626.400.6680
f:  626.380.1308
a: 7700 Irvine Center Drive, Suite 800, Irvine, CA 92618
w: www.inhouseco.com  e: tlee@inhouseco.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

TAX ADVICE LIMITATION: To ensure compliance with the requirements of Circular 230, we inform you that, unless expressly stated otherwise in this communication (or any attachment), any tax advice contained in this communication (or any attachment) is not intended or written to be used and cannot be used (i) by any taxpayer for the purpose of avoiding penalties that may otherwise be imposed under the Internal Revenue Code or (ii) by anyone for the purpose of promoting, marketing or recommending to another party any entity, investment plan or arrangement addressed herein.

On Fri, Jul 18, 2025 at 10:12 AM Hongchang DENG <deng.hongchang@shm.law> wrote:

SEVEN SPARTA CORP.,

We write on behalf of Plaintiff CIXISHIHUALONGDIANZIYOUXIANGONGSI d/b/a TYKOR in the above-captioned matter.

On July 16, 2025, Plaintiff sent the complaint via email to your designated Amazon contact address (TLEE@INHOUSECO.COM), requesting a response by July 18, 2025. However, no response has been received to date.

Due to the urgent and irreparable harm caused by the continued delisting of Plaintiff's Amazon product listing (ASIN B0C7SVNF9H), and in the absence of any response from your side, Plaintiff has prepared and intends to file a motion for a Temporary Restraining Order with the U.S. District Court for the Western District of Washington on July 18, 2025.

Please find attached a copy of the TRO motion and the proposed order for your reference. This email constitutes formal notice pursuant to Fed. R. Civ. P. 65.

Should you wish to discuss this matter further or provide a response prior to filing, we remain open to timely communication.

— — — — — — — — — — — — — — —
Hongchang DENG (Richard DENG)
He/Him/His
Partner | SHM Law Firm
Admitted in California (U.S.) & China | Patent Practitioner (CN)
📞 +86 186 8156 7690 | ✉ deng.hongchang@shm.law
— — — —
***Shenzhen Office***
25F, China Resources Tower (Spring Bamboo)
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
— — — —
***Silicon Valley Office***
3000 El Camino Real, Building 4, Suite 200
Palo Alto, California 94306
— — — —
**CONFIDENTIALITY & PRIVILEGE NOTICE** *This email (including any attachments) may contain confidential, proprietary, or legally privileged information intended solely for the named recipient(s). If you are not the intended recipient, you are not authorized to read, print, retain, copy, or distribute this message or any part of it. If you have received this communication in error, please notify the sender immediately by replying to this email and then permanently delete it from your system.*

Hongchang DENG<deng.hongchang@shm.law> On 2025-07-16 Wed. 18:56 wrote:

> SEVEN SPARTA CORP.,
>
> We represent CIXISHIHUALONGDIANZIYOUXIANGONGSI d/b/a TYKOR ("TYKOR") in connection with the pending litigation TYKOR v. SEVEN SPARTA CORP., Case No. 2:25–cv–01313 in the United States District Court for the Western District of Washington.
>
> As you are aware, you submitted a design patent infringement complaint (Complaint ID: 17972726021) to Amazon on or around June 23, 2025, which led to the removal of TYKOR's product listing for ASIN B0C7SVNF9H, based on U.S. Design Patent No. D906,229. As detailed in our filed Complaint (attached), the asserted patent is invalid, unenforceable, and clearly not infringed. Your client's submission constitutes a bad-faith enforcement

action that has caused ongoing and substantial harm to our client.

Accordingly, we hereby demand that your client immediately and unconditionally withdraw the Amazon complaint (Complaint ID: 17972726021) and take all necessary steps to restore TYKOR's product listing.

Should your client fail to do so by July 18, 2025, we will seek immediate injunctive relief, including a temporary restraining order and preliminary injunction, and pursue all available remedies, including monetary damages under the Washington Patent Troll Prevention Act (RCW 19.350) and Consumer Protection Act (RCW 19.86).

Please confirm in writing whether your client will comply.

— — — — — — — — — — — — — — —

Hongchang DENG (Richard DENG)
He/Him/His
Partner | SHM Law Firm
Admitted in California (U.S.) & China | Patent Practitioner (CN)
📞 +86 186 8156 7690 | ✉ deng.hongchang@shm.law
— — — —
**Shenzhen Office**
25F, China Resources Tower (Spring Bamboo)
2666 Keyuan South Road, Nanshan
Shenzhen, 518052, China
— — — —
**Silicon Valley Office**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, California 94306
— — — —
**CONFIDENTIALITY & PRIVILEGE NOTICE** *This email (including any attachments) may contain confidential, proprietary, or legally privileged information intended solely for the named recipient(s). If you are not the intended recipient, you are not authorized to read, print, retain, copy, or distribute this message or any part of it. If you have received this communication in error, please notify the sender immediately by replying to this email and then permanently delete it from your system.*